**Fill in this information to identify the case:**

Debtor Name  Maison Drake, LLC

United States Bankruptcy Court for the:  Middle District of Florida

Case number:  6:23-bk-03825-LVV

☑ Check if this is an amended filing

Official Form 425C        (Amended to add additional documentation)

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month:  October

Date report filed:  02/09/2024
MM / DD / YYYY

Line of business:  Online Sales

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Maison Drake, LLC

Original signature of responsible party  *David Lanxner*

Printed name of responsible party  David Lanxner

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

*If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

*If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

Debtor Name  Maison Drake, LLC _____    Case number  6:23-bk-03825-LVV _____

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 4,175.09

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 283,711.37

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 132,547.96

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 151,163.41

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 155,338.50

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

Debtor Name  Maison Drake, LLC

Case number  6:23-bk-03825-LVV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____ 5

27. What is the number of employees as of the date of this monthly report?                _____ 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                       $ _____ 1,000.00

31. How much have you paid in total other professional fees since filing the case?                      $ _____ 2,400.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 210,000.00 | − | $ 283,711.37 | = | $ -73,711.37 |
| 33. **Cash disbursements** | $ 229,713.00 | − | $ 132,547.96 | = | $ 97,165.04 |
| 34. **Net cash flow** | $ -19,113.00 | − | $ 151,163.41 | = | $ -132,050.40 |

35. Total projected cash receipts for the next month:                                                      $ 271,664.00

36. Total projected cash disbursements for the next month:                                               − $ 258,192.00

37. Total projected net cash flow for the next month:                                                      = $ 13,472.00

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

Debtor Name  Maison Drake, LLC                                    Case number 6:23-bk-03825-LVV

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Doc ID: 603afa8f39c601900aef74ff00788668a6da29ae

**DEBTOR:** Maison Drake, LLC          **CASE NO:** 6:22-bk-03825-LVV

## Exhibit A

**If answer is NO to Questions 1 - 9 in the Questionnaire, please provide an explanation in the space below.**

5. Debtor is in the process of closing out all pre-petition bank accounts and opening up the debtor-in-possession account.

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

**DEBTOR:**  Maison Drake, LLC          **CASE NO:** 6:23-bk-03825-LVV

## Exhibit B

**If answer is YES to Questions 10 - 18 in the Questionnaire, please provide an explanation in the space below.**

10. Debtor is in the process of closing out all pre-petition bank account and opening up a debtor-in-possession account.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING     October 1, 2023       **AND ENDING**    October 31, 2023

Name of Debtor:    Maison Drake
Date of Petition:    September 15, 2023      Case Number:    6:23-bk-03825-LVV

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1 FUNDS AT BEGINNING OF PERIOD** | $4,175.09 (a) | $28,620.14 (b) |
| **2 RECEIPTS:** | | |
| A. Cash Sales | $161,770.49 | $174,939.40 |
| Minus: Cash Refunds (-) | | |
| Net Cash Sales | $161,770.49 | $174,939.40 |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll | $121,940.88 | $121,940.88 |
| **3 TOTAL RECEIPTS** (Lines 2A+2B+2C) | $283,711.37 | $296,880.28 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS** (Line 1+ Line 3) | $287,886.46 | $325,500.42 |
| **5 DISBURSEMENTS** | | |
| A. Advertising | | $12,000.00 |
| B. Bank Charges | $180.00 | $1,125.00 |
| C. Contract Labor | $800.00 | $800.00 |
| D. Fixed Asset Payment (not incl. in "N") | | |
| E. Insurance | $6,819.97 | $6,819.97 |
| F. Inventory Payments | $87,136.71 | $102,202.08 |
| G. Lease | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | $64.84 | $64.84 |
| J. Payroll-Net | $12,391.78 | $19,372.66 |
| K. Professional Fees (Accounting & Legal) | $1,000.00 | $2,400.00 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments | | |
| O. Taxes Paid-Payroll | | |
| P. Taxes Paid - Sales & Use | | |
| Q. Taxes Paid -Other | | $812.75 |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | $4,732.39 | $5,142.35 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-2) | $19,422.27 | $19,422.27 |
| **6 TOTAL DISBURSEMENTS** (sum of 5A thru W) | $132,547.96 | $170,161.92 |
| **7 ENDING BALANCE** (Line 4 Minus Line 6) | $155,338.50 (c) | $155,338.50 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This    21    day of    November ,2023

_____ (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This Figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c ) These two amounts will always be the same if form is completed correctly.

MOR-2
**APPENDIX A**

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-3, Line 2C.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Prepay of Fulfillment Fees Maison Baby | $   60,000.00 | $   60,000.00 |
| Prepay of Fulfillment Fees Eleven Twenty | $   10,000.00 | $   10,000.00 |
| Rent Income | $   10,043.58 | $   10,043.58 |
| Owner's Contribution to cover expenses due to hold | $   6,500.00 | $   6,500.00 |
| Maison Baby Inventory Purchase | $   25,000.00 | $   25,000.00 |
| Owner's Contribution to cover Payroll due to hold | $   9,017.81 | $   9,017.81 |
| First Horizon reversal of bank fees | $   1,379.49 | $   1,379.49 |
| TOTAL OTHER RECEIPTS | $   121,940.88 | $121,940.88 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Total Shipping Fees | $19,422.27 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $19,422.27 | $0.00 |

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

```
                                          Date 10/31/23          Page      1
     AISON DRAKE LLC
     155 NATIONAL PLACE SUITE 105
     LONGWOOD FL 32750
```

## CHECKING ACCOUNT

```
COMMERCIAL ANALYSIS CHECKING              Number of Enclosures                  3
Account Number        @XXXXXXXXXXX@927    Statement Dates  10/02/23 thru 10/31/23
Previous Balance             5,646.29     Days in Period                      30
   6 Deposits/Credits       87,530.45     Average Ledger                3,275.42
  12 Checks/Debits          93,176.74     Average Collected             3,275.42
Service Charge                    .00
Interest Paid                     .00
Ending Balance                    .00
```

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

--------------------------------------------------------------------------------

### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 10/04 | Trsf from MAISON BABY LLC<br>Confirmation number 1004230019 | 60,000.00 |
| 10/12 | Trsf from ELEVEN TWENTY LLC<br>Confirmation number 1012230048 | 10,000.00 |
| 10/13 | Trsf from MAISON BABY LLC<br>Rent<br>Confirmation number 1013230040 | 5,021.79 |
| 10/13 | Trsf from ELEVEN TWENTY LLC<br>Rent<br>Confirmation number 1013230041 | 5,021.79 |
| 10/13 | Trsf from PERSONAL CHECKING<br>Coverage for Rent and Payroll<br>Confirmation number 1013230042 | 6,500.00 |
| 10/17 | Trsf from MAISON BABY LLC<br>Shipping and Fulfillment Fees<br>Confirmation number 1017230024 | 986.87 |

--------------------------------------------------------------------------------

### OTHER DEBITS

| Date | Description | Amount |
|---|---|---|

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

Date 10/31/23                Page    2

COMMERCIAL ANALYSIS CHECKING          @XXXXXXXXXXX@927  (Continued)

OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/03 | PURCHASE    SELLERCLOUD<br>PPD | 2,100.57- |
| 10/04 | Wire Transfer Debit<br>BENTO<br>031101169<br>8890019939877<br>221 MAIN STREET STE 1325<br>SAN FRANCISCO, CA 94105<br>THE BANCORP BANK<br>WILMINGTON              DE<br>REF: BENTO: 8890019939877<br>20231004MMQFMPOQ000019<br>20231004L1LFBL8C000830<br>10041455FT03 | 60,000.00- |
| 10/06 | ADP FEES   ADP PAYROLL FEES<br>CCD | 92.04- |
| 10/12 | PURCHASE    SELLERCLOUD<br>PPD | 2,056.36- |
| 10/12 | EDI PAYMTS UNITED HEALTHCAR<br>CTX<br>ISA*00*        *00*<br> *ZZ*1411289245    *ZZ*BNYMEL<br>LON    *231010*1406*U*00401*<br>231010141*0*P*|~GS*RA*14112892<br>45*BNYMELLONEDI*20231010*1406* | 5,683.72- |
| 10/13 | WAGE PAY   ADP WAGE PAY<br>CCD | 4,986.13- |
| 10/16 | PAY-BY-PAY ADP PAY-BY-PAY<br>CCD | 59.32- |
| 10/16 | ADP - TAX  ADP - TAX<br>CCD | 1,102.20- |
| 10/16 | MD 10-23   MAISONDRAKELLC<br>PPD | 15,065.37- |

--------------------------------------------------------------------------------

CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/23 |  | 531.03 | 10/20 | 1003 | 1,000.00 |
| 10/10 | 1002* | 500.00 |  |  |  |

* Denotes missing check numbers

--------------------------------------------------------------------------------

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 5,646.29 | 10/06 | 3,453.68 | 10/13 | 16,771.05 |
| 10/03 | 3,545.72 | 10/10 | 2,953.68 | 10/16 | 544.16 |
| 10/04 | 3,545.72 | 10/12 | 5,213.60 | 10/17 | 1,531.03 |

Date 10/31/23            Page      3

COMMERCIAL ANALYSIS CHECKING        @XXXXXXXXXXX@927   (Continued)

Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/20 | 531.03 | 10/23 | .00 |

END OF STATEMENT

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae



**FIRST HORIZON**
P.O. BOX 84
MEMPHIS, TN  38101

| | |
|---|---|
| **SMALL BUSINESS CHECKING** | |

**Return Service Requested**

00001634 TFTSTRMT110123080305 61 000000000 003 E

MAISON DRAKE LLC
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**CUSTOMER INFORMATION**

| | |
|---|---|
| **ACCOUNT NUMBER** | 3318 |
| **STATEMENT DATE** | 10/31/23 |

**CUSTOMER SERVICE INFORMATION**

📱 **Customer Service:  1-888-382-4968**

🌐 **Visit Us Online:  www.firsthorizon.com**

f **Follow Us On Facebook!**

🐦 **Follow Us On Twitter!**

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 09/29/23 | -$1,471.20 |
| 9 DEPOSITS TOTALING | | $162,002.39 |
| 3 WITHDRAWALS TOTALING | | $160,531.19 |
| NEW BALANCE | 10/31/23 | $0.00 |

**CHECKING ACCOUNT TRANSACTIONS**          **FOR THE PERIOD FROM 09/30/23 THROUGH 10/31/23**

| ACCOUNT HISTORY | | | | |
|---|---|---|---|---|
| **DATE** | **DESCRIPTION** | **DEPOSIT** | **WITHDRAWAL** | **CARD #** |
| 10/02 | DEPOSIT   -8FIG INC<br>519acc3RCR  ln7qmxxhc3f3bdf | $0.50 | | |
| 10/02 | RETURNED CHECK CHARGES | | $70.00 | |
| 10/03 | RETURNED CHECK CHARGES | | $35.00 | |
| 10/04 | DEPOSIT   -DLOCAL LLP<br>PAYMENT | $156.41 | | |
| 10/05 | DEPOSIT   -Shopify<br>TRANSFER   ST-D3A6V9S3F3C5 | $44.85 | | |
| 10/06 | DEPOSIT   -AMAZON.CAXTKW3PH<br>PAYMENTS   345ZOY0AHR9JBMC | $275.76 | | |
| 10/17 | DEPOSIT | $1,378.49 | | |
| 10/18 | DEPOSIT   -DLOCAL LLP<br>PAYMENT | $15.62 | | |
| 10/20 | DEPOSIT   -AMAZON.CXBULKUED<br>PAYMENTS   674MACYNBBN40JR | $17.56 | | |
| 10/23 | DEPOSIT   -AMAZON.CXPNIR7E2<br>PAYMENTS   4YB2TNYRFYVGO55 | $160,112.70 | | |
| 10/23 | DEPOSIT   -8FIG INC<br>5355c43RCR  lo1qvu0x83e9d95 | $0.50 | | |
| 10/23 | WITHDRAWAL | | $160,426.19 | |

Member FDIC

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae



**FIRST HORIZON.**
P.O. BOX 84
MEMPHIS, TN 38101

| SMALL BUSINESS CHECKING |
|---|

MAISON DRAKE LLC

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | ***********3318 |
| STATEMENT DATE | 10/31/23 |

| CHECKING ACCOUNT MONTHLY SUMMARY | |
|---|---|
| AVERAGE LEDGER BALANCE: | -$569.58 |
| DEPOSITS: | 0 |
| ITEMS DEPOSITED: | 0 |
| WITHDRAWALS: | 0 |
| TRANSACTIONS COUNTED TOWARD LIMIT: | 0 |
| TRANSACTIONS IN EXCESS OF 00000 @ $0.00 each | $0.00 |
| | |
| CURRENCY DEPOSITED | $0.00 |
| CURRENCY DEPOSITED IN EXCESS OF $0.00 (EACH $0.00 @ $0.00 ) | $0.00 |

| DAILY BALANCE SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| 10/02 | -$1,540.70 | 10/03 | -$1,575.70 | 10/04 | -$1,419.29 | 10/05 | -$1,374.44 |
| 10/06 | -$1,098.68 | 10/17 | $279.81 | 10/18 | $295.43 | 10/20 | $312.99 |
| 10/23 | $0.00 | | | | | | |

| INQUIRY INFORMATION |
|---|
| *ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-888-382-4968. *TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-888-382-4968 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS. *DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-888-382-4968. *YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO: FIRST HORIZON BANK P.O. BOX 84 MEMPHIS, TN 38101 |

Member FDIC

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

**REGIONS**
Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ███████ **5196**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
October 4, 2023 through October 31, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Minimum Balance | $0 |
| Deposits & Credits | $195,635.75 + | Average Balance | $52,530 |
| Withdrawals | $40,409.88 − | | |
| Fees | $75.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | **$155,150.87** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/06 | Deposit - Thank You | 500.00 |
| 10/23 | Deposit - Thank You | 160,426.19 |
| 10/23 | Deposit - Thank You | 531.03 |
| 10/26 | Wire Transfer David Lanxner | 25,000.00 |
| 10/27 | Zelle Credit From Luis Santies Ref# 330000a007an | 109.65 |
| 10/27 | Zelle Credit From Luis Santies Ref# 330000a007ic | 51.07 |
| 10/27 | Wire Transfer David Lanxner | 9,017.81 |
| | Total Deposits & Credits | $195,635.75 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/24 | Card Purchase Clek Inc        5999 866-656-2462 On      2899 | 414.99 |
| 10/24 | PIN Purchase Winn-Dixie  #  5411 Longwood    FL      2899 | 42.38 |
| 10/25 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 10/25 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 10/25 | Card Purchase Clek Inc        5999 866-656-2462 On      2899 | 297.99 |
| 10/25 | PIN Purchase Winn-Dixie  #  5411 Longwood    FL      2899 | 22.46 |
| 10/26 | Recurring Card Transaction Endicia        5045 800-576-3279 TX 78731    2899 | 19.99 |
| 10/26 | Card Purchase Endicia Usposta  4215 800-576-3279 TX 78731    2899 | 250.00 |
| 10/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 10/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 10/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 10/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 10/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 10/26 | Bento Technologi Bento Tech Maison Drake        I79goa8k6 | 1,000.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2023 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ▮▮▮▮▮**5196**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| | | | |
|---|---|---|---:|
| 10/27 | Maison Drake LLC Wonderfold Maison Drake L | | 24,673.60 |
| 10/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/27 | ADP Wage Pay    Wage Pay Maison Drake M 931829436097khk | | 4,982.07 |
| 10/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 10.00 |
| 10/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/30 | Zelle Debit to Borman  Land Ref# 330100f06cmj | | 800.00 |
| 10/30 | Card Purchase Clek Inc        5999 866-656-2462  On        2899 | | 273.99 |
| 10/30 | Card Purchase Clek Inc        5999 866-656-2462  On        2899 | | 512.98 |
| 10/30 | ADP Pay-By-Pay   Pay-By-Pay Maison Drake M 680062290724khk | | 57.49 |
| 10/30 | ADP - Tax      ADP - Tax Maison Drake  664076255035a00 | | 1,112.53 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 10/31 | Card Purchase Fat Brain Toy C  5945 Www.Fatbraint NE 68022   2899 | | 439.41 |

|  | Total Withdrawals | $40,409.88 |
|---|---|---:|

## FEES

| | | |
|---|---|---:|
| 10/24 | International Service Assessment Clek Inc | 12.45 |
| 10/25 | International Service Assessment Clek Inc | 8.94 |
| 10/26 | Wire Transfer Wire Fee | 15.00 |
| 10/27 | Wire Transfer Wire Fee | 15.00 |
| 10/30 | International Service Assessment Clek Inc | 8.22 |
| 10/30 | International Service Assessment Clek Inc | 15.39 |

|  | Total Fees | $75.00 |
|---|---|---:|

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 10/06 | 500.00 | 10/25 | 160,158.01 | 10/30 | 157,840.28 |
| 10/23 | 161,457.22 | 10/26 | 182,623.02 | 10/31 | 155,150.87 |
| 10/24 | 160,987.40 | 10/27 | 161,380.88 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

|  |  | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



## Bento Account Transaction Report for Maison Drake

### Settled Transactions

| Date (UTC) | Card | Description | Location | Amount |
|---|---|---|---|---|
| 10/18/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/18/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/18/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/18/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/18/2023 | David Lanxner | JELLYBEAN | 770-4521155, GA | USD -$2,340.00 |
| 10/18/2023 | David Lanxner | MALI WEAR FAIRE | HTTPSWWW.FAIR, CA | USD -$389.93 |
| 10/16/2023 | David Lanxner | BLUE CRAB BAY WHOLESALE | 757-787-3603, VA | USD -$666.30 |
| 10/17/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/17/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/17/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/17/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/17/2023 | David Lanxner | FLORIDA SALT SCRUBS | 914-262-6415, FL | USD -$1,615.09 |
| 10/17/2023 | David Lanxner | IN *MISSISSIPPI CHEESE ST | 662-7467171, MS | USD -$160.00 |
| 10/17/2023 | David Lanxner | SP CUSTOM BAKEHOUSE WH | WHOLESALE.CUS, CA | USD -$689.24 |
| 10/17/2023 | David Lanxner | SWEET WINK FAIRE | HTTPSWWW.FAIR, CA | USD -$1,080.75 |

| 10/17/2023 | David Lanxner | OLLIE JAY FAIRE | HTTPSWWW.FAIR, CA | USD -$286.00 |
|---|---|---|---|---|
| 10/17/2023 | David Lanxner | SHOPIFY* 200111965 | HTTPSSHOPIFY., IL | USD -$124.00 |
| 10/16/2023 | David Lanxner | BEBA BEAN DESIGNS INC | PORT COQUITLA, BC | USD -$6,257.82 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/16/2023 | David Lanxner | PURA | 800-308-0455, UT | USD -$2,541.00 |
| 10/14/2023 | David Lanxner | HARTFORD INS. PREMIUM | 800-962-6170, CT | USD -$1,136.25 |
| 10/15/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$10.00 |
| 10/14/2023 | David Lanxner | IN *CYCLE | 702-2322092, NV | USD -$432.00 |

| | | ADDITIONS, LLC. | | |
|---|---|---|---|---|
| 10/14/2023 | David Lanxner | RIVET APPAREL CO FAIRE | HTTPSWWW.FAIR, CA | USD -$312.00 |
| 10/14/2023 | David Lanxner | STEIFF FAIRE | HTTPSWWW.FAIR, CA | USD -$425.67 |
| 10/13/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/13/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/13/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/13/2023 | David Lanxner | IN *BOURBON BARREL FOODS, | 800-262-3246, CA | USD -$2,813.16 |
| 10/13/2023 | David Lanxner | CARMIESKITCHEN.C OM | CARMIESKITCHE, TX | USD -$239.60 |
| 10/13/2023 | David Lanxner | SELINI NEW YORK | 18669558437, NJ | USD $21.50 |
| 10/13/2023 | David Lanxner | Selini New York | Wayne, NJ | USD -$21.50 |
| 10/13/2023 | David Lanxner | KEEPA PRICE TRACKER | KEMNATH | USD -$20.83 |
| 10/13/2023 | David Lanxner | Selini New York | Wayne, NJ | USD $21.50 |
| 10/12/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/12/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/12/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/12/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/12/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$10.00 |
| 10/12/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/12/2023 | David Lanxner | IN *MISSISSIPPI CHEESE ST | 662-7467171, MS | USD -$784.81 |
| 10/11/2023 | David Lanxner | IN *FIRESIDE COFFEE CO. | 810-6359196, MI | USD -$382.20 |

| 10/12/2023 | David Lanxner | IN *CAPTAIN RODNEYS | 931-3598000, TN | USD -$1,292.25 |
|---|---|---|---|---|
| 10/12/2023 | David Lanxner | CANDY CLUB | 855-534-4343, CA | USD -$666.89 |
| 10/12/2023 | David Lanxner | SP RUBBER-ROAD-TRADE | WELWYN GARDEN | USD -$1,522.75 |
| 10/12/2023 | David Lanxner | Grendene Global Brands | 310-9541313, CA | USD -$1,643.90 |
| 10/12/2023 | David Lanxner | SP BABY SWEETOOTH | 323-3714997, WI | USD -$29.07 |
| 10/11/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/11/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/11/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/11/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/05/2023 | David Lanxner | T.S. PINK CORP | 607-4321100, NY | USD -$1,024.50 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS | 888-434-0055, DC | USD -$250.00 |

| | | ENDICIA | | |
|---|---|---|---|---|
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/10/2023 | David Lanxner | SP MULLET ON THE GO | HTTPSMOTGWHOL, SC | USD -$955.00 |
| 10/10/2023 | David Lanxner | SP BABY SWEETOOTH | 323-3714997, WI | USD -$837.00 |
| 10/10/2023 | David Lanxner | SELINI NEW YORK | 186-695-5843, NJ | USD -$240.70 |
| 10/10/2023 | David Lanxner | SP BUNDLE OF DREAMS | 914-4194918, NY | USD -$562.81 |
| 10/09/2023 | David Lanxner | INTERMEDIA.NET INC | 800-379-7729, WA | USD -$286.64 |
| 10/09/2023 | David Lanxner | WWW.BABYBITSWIP ES.COM | WWW.BABYBITSW, FL | USD -$17.00 |
| 10/08/2023 | David Lanxner | ADOBE INC. | 408-536-6000, CA | USD -$19.99 |
| 10/08/2023 | David Lanxner | SHOPIFY* 195926790 | HTTPSSHOPIFY., IL | USD -$124.00 |
| 10/08/2023 | David Lanxner | SP EUROPEAN SOAPS | +14259706448, WA | USD - $2,633.73 |
| 10/08/2023 | David Lanxner | SP EUROPEAN SOAPS | EUROPEANSOAPS, WA | USD $2,633.73 |
| 10/06/2023 | David Lanxner | FEDEX71097063 | 800-4633339, TN | USD -$122.28 |
| 10/07/2023 | David Lanxner | ESTELLA FAIRE | HTTPSWWW.FAIR, CA | USD -$258.00 |
| 10/07/2023 | David Lanxner | STAMP MY FEET FAIRE | HTTPSWWW.FAIR, CA | USD -$176.00 |
| 10/07/2023 | David Lanxner | SARAHS SILKS | HTTPSWWW.FAIR, | USD -$181.43 |

| | | FAIRE | CA | |
|---|---|---|---|---|
| 10/07/2023 | David Lanxner | BAEB BASICS FAIRE | HTTPSWWW.FAIR, CA | USD -$392.20 |
| 10/07/2023 | David Lanxner | BLOOMING BATH FAIRE | HTTPSWWW.FAIR, CA | USD -$232.88 |
| 10/07/2023 | David Lanxner | OLI  CAROL US FAIRE | HTTPSWWW.FAIR, CA | USD -$391.05 |
| 10/07/2023 | David Lanxner | TOPS MALIBU FAIRE | HTTPSWWW.FAIR, CA | USD -$335.51 |
| 10/07/2023 | David Lanxner | SP EUROPEAN SOAPS | +14259706448, WA | USD $2,633.73 |
| 10/06/2023 | David Lanxner | OSCAR NEWMAN LLC | 630-406-1400, IL | USD -$1,203.18 |
| 10/06/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/06/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/06/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/06/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/06/2023 | David Lanxner | WINE A RITA | 903-8327309, TX | USD -$586.48 |
| 10/06/2023 | David Lanxner | IN *BABY PAPER/WIZE CHOIC | 847-2725588, IL | USD -$504.60 |
| 10/06/2023 | David Lanxner | IN *FOOT LOG | 801-3025915, UT | USD -$384.00 |
| 10/05/2023 | David Lanxner | ENDICIA USPOSTAGE | 800-576-3279, TX | USD -$250.00 |
| 10/06/2023 | David Lanxner | GOOD GROUND FAIRE | HTTPSWWW.FAIR, CA | USD -$90.83 |
| 10/06/2023 | David Lanxner | MUNCHIE MUG FAIRE | HTTPSWWW.FAIR, CA | USD -$63.88 |
| 10/06/2023 | David Lanxner | THE DOUGH HOUSE FAIRE | HTTPSWWW.FAIR, CA | USD -$90.97 |
| 10/06/2023 | David Lanxner | DENVER JAMES FAIRE | HTTPSWWW.FAIR, CA | USD -$129.88 |
| 10/06/2023 | David Lanxner | LAZY BABY FAIRE | HTTPSWWW.FAIR, | USD -$175.50 |

| | | | CA | |
|---|---|---|---|---|
| 10/06/2023 | David Lanxner | THE PAXTON PRESS FAIRE | HTTPSWWW.FAIR, CA | USD -$234.00 |
| 10/06/2023 | David Lanxner | MAGICPLAYBOOK FAIRE | HTTPSWWW.FAIR, CA | USD -$112.00 |
| 10/06/2023 | David Lanxner | KIDS FOR CULTURE FAIRE | HTTPSWWW.FAIR, CA | USD -$105.48 |
| 10/06/2023 | David Lanxner | PAOLA REINA FAIRE | HTTPSWWW.FAIR, CA | USD -$361.20 |
| 10/05/2023 | David Lanxner | SOCKSMITH DESIGN INC | 831-426-6411, CA | USD -$2,743.52 |
| 10/06/2023 | David Lanxner | WWW.BABYBITSWIPES.COM | WWW.BABYBITSW, FL | USD -$432.00 |
| 10/04/2023 | David Lanxner | EQUIFIT | 1-800-2252610, MA | USD -$2,358.84 |
| 10/05/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/05/2023 | David Lanxner | USPS STAMPS ENDICIA | 888-434-0055, DC | USD -$250.00 |
| 10/05/2023 | David Lanxner | IN *SCOOCHIE PET PRODUCTS | 800-262-3246, CA | USD -$455.70 |
| 10/05/2023 | David Lanxner | SP BUNDLE OF DREAMS | 914-4194918, NY | USD -$562.81 |
| 10/05/2023 | David Lanxner | SP EUROPEAN SOAPS | EUROPEANSOAPS, WA | USD -$2,633.73 |
| 10/04/2023 | David Lanxner | IN *QUALITY INNOVATION LE | 800-262-3246, CA | USD -$450.00 |
| 10/04/2023 | David Lanxner | SQ *BABY JACK AND COMPANY | gosq.com, WI | USD -$2,260.50 |

**Total Card Transactions:  -$60,812.37**

## Account Loads

| Date (UTC) | Card | Description | Location | Amount |
|---|---|---|---|---|
| 10/27/2023 | | LIFEGREEN BUSINESS CHECKI | | USD $1,000.00 |
| 10/04/2023 | | Wires | | USD |

$60,000.00

**Total Loads:  $61,000.00**

## Applied Filters

**Date Range:** 10/04/2023 to 10/27/2023
**Transaction Types:** COMPLETE
**Card(s):** David Lanxner
**Categories:** Personal Services,Load,Mail Phone Order,Telecom, Internet & Utilities,Business Services,Liquor and Alcohol Stores,Home Furnishing,Government Services,Restaurants,Retail and Miscellaneous Stores,Professional Services,Home, Garden Supply & Service,Travel & Transportation,Wholesale Trade
**Tags:**

Banking services provided by The Bancorp Bank, Member FDIC. This Card is issued by The Bancorp Bank pursuant to a license by Visa U.S.A Inc. and may be used everywhere Visa debit cards are accepted.

**To dispute a charge:**
Many times, disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you contact the merchant directly. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be printed on your receipt.

In the case that you cannot resolve the dispute with the merchant, please contact our customer support between 5:00am to 6:00pm PT, Monday through Friday (except for bank holidays)
Email: support@bentoforbusiness.com    Phone/Fax: 866-220-8455

Bento for Business
PO Box 10929
Chicago, IL 60610

# Maison Drake

## Balance Sheet

### As of October 31, 2023

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Bento Debit Card | 187.63 |
| Cash on Hand | 0.00 |
| IberiaBank | -284.47 |
| Regions DIP | 154,619.84 |
| WPNB | 531.03 |
| **Total Bank Accounts** | **$155,054.03** |
| Accounts Receivable | |
| Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Accounts Receivable Order Mgr | 0.00 |
| Inventory | 67,738.61 |
| Inventory Asset | 10,754.92 |
| Received and Dropped Not Paid | 0.00 |
| **Total Inventory Asset** | **10,754.92** |
| **Total Inventory** | **78,493.53** |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$78,493.53** |
| **Total Current Assets** | **$233,547.56** |
| Fixed Assets | |
| Accumulated Depreciation | -201,511.00 |
| Furniture and Equipment | 130,087.85 |
| Sewing Studio | 2,144.90 |
| **Total Furniture and Equipment** | **132,232.75** |
| Leasehold Improvements | 45,617.21 |
| Office Equipment | 14,284.58 |
| Software | 24,963.28 |
| Vehicles | 45,000.00 |
| Website Development | 5,050.00 |
| **Total Fixed Assets** | **$65,636.82** |
| **TOTAL ASSETS** | **$299,184.38** |

# Maison Drake

## Balance Sheet

### As of October 31, 2023

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 81,765.00 |
| Total Accounts Payable | $81,765.00 |
| Credit Cards | |
| American Express | 61,256.50 |
| Capital One (New) | 302,000.00 |
| Fidelity 1863 | 4,219.53 |
| Fidelity 7918 | 23,942.57 |
| Spirit Card - Personal | 0.00 |
| Total Credit Cards | $391,418.60 |
| Other Current Liabilities | |
| Amazon Capital Services | 0.00 |
| American Packaging Capital, Inc | 0.00 |
| AMZN Sales Tax Payable | 0.00 |
| Due to Ashley Lanxner (Unsecured Loans - COGS) | 210,861.58 |
| Due to Clipperton | 0.00 |
| Due to Dapper Snapper | 0.00 |
| Due to Statement Analysis | 0.00 |
| EIDL | 477,238.00 |
| Line of Credit | 337,782.42 |
| FCCB | 200,000.00 |
| SFIP | 391,618.74 |
| Total Line of Credit | 929,401.16 |
| Loan Payable | 0.00 |
| 8Fig | 553,805.08 |
| AFAR Investments | 130,000.00 |
| Marcus | 231,714.79 |
| Total Loan Payable | 915,519.87 |
| Loan to Shareholder | 0.00 |
| Payroll Liabilities | 0.00 |
| PPP | 0.00 |
| Received and Dropped Not Paid | 0.00 |
| Sales Tax Agency Payable | 0.00 |
| Sales Tax Order Manager | 0.00 |
| Sales Tax Payable | 60.15 |
| State of Florida Dept of Revenue Payable | 0.00 |
| Sales Tax Payable | 0.00 |
| Total State of Florida Dept of Revenue Payable | 0.00 |
| Total Other Current Liabilities | $2,533,080.76 |

# Maison Drake

## Balance Sheet

As of October 31, 2023

| | TOTAL |
|---|---|
| Total Current Liabilities | $3,006,264.36 |
| Long-Term Liabilities | |
| Amazon | 75,725.79 |
| amazon lending | 86,035.72 |
| Total Amazon | 161,761.51 |
| Due to Associated Packaging | 0.00 |
| Loan from Shareholder | 153,152.94 |
| SBA | 520,556.36 |
| Vendor Loan | 488,760.35 |
| Total Long-Term Liabilities | $1,324,231.16 |
| Total Liabilities | $4,330,495.52 |
| Equity | |
| Opening Balance Equity | 46,238.49 |
| Partner 1 Draws | -4,362.59 |
| Partner 1 Equity | 351,587.37 |
| Partner 2 Draws | 0.00 |
| Prepaid Rent | -1,103,651.87 |
| Retained Earnings | -30,637.87 |
| Net Income | -3,290,484.67 |
| Total Equity | $ -4,031,311.14 |
| TOTAL LIABILITIES AND EQUITY | $299,184.38 |

Doc ID: 603afa8f39c601900aef74ff00798c96a6da23ae

# Maison Drake

## Profit and Loss

### October 2023

|  | TOTAL |
|---|---:|
| **Income** | |
| Sales of Product Income | 160,611.59 |
| Shipping and Delivery Income | 986.87 |
| **Total Income** | **$161,598.46** |
| Cost of Goods Sold | |
| Contract Labor | 800.00 |
| Cost of Goods Sold | 86,964.18 |
| Postage and Delivery | |
| Shipping Fees | 19,422.27 |
| Shipping Supplies | 540.55 |
| **Total Postage and Delivery** | **19,962.82** |
| **Total Cost of Goods Sold** | **$107,727.00** |
| **GROSS PROFIT** | **$53,871.46** |
| Expenses | |
| Bank Service Charges | -1,116.49 |
| Insurance Expense | 6,819.97 |
| Interest Charged | 3,469.03 |
| Interest Expense | 250.83 |
| Office Supplies | 64.84 |
| Payroll Expenses | 12,391.78 |
| Professional Fees | |
| Legal Fees | 1,000.00 |
| **Total Professional Fees** | **1,000.00** |
| **Total Expenses** | **$22,879.96** |
| **NET OPERATING INCOME** | **$30,991.50** |
| **NET INCOME** | **$30,991.50** |