**Fill in this information to identify the case:**

Debtor Name  Maison Drake, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:23-bk-03825-LVV

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  November

Date report filed: 02/09/2024
MM / DD / YYYY

Line of business: Online Sales

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Maison Drake, LLC

Original signature of responsible party  *David Lanxner*

Printed name of responsible party  David Lanxner

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Doc ID: b039d38752d4c751acec3bb19c857f3614571225

Debtor Name  Maison Drake, LLC                                    Case number  6:23-bk-03825-LVV

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 155,338.50

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 104,176.53

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 199,371.42

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -95,194.89

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 60,143.61

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

   (Exhibit E)

Debtor Name  Maison Drake, LLC                                    Case number  6:23-bk-03825-LVV

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____0.00_____

    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                        _____5_____

27. What is the number of employees as of the date of this monthly report?             _____5_____

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____0.00_____

30. How much have you paid this month in other professional fees?                                             $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?                            $ _____0.00_____

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 271,664.00 | − | $ 104,176.53 | = | $ 167,487.47 |
| 33. **Cash disbursements** | $ 258,192.00 | − | $ 199,371.42 | = | $ 58,820.58 |
| 34. **Net cash flow** | $ 13,472.00 | − | $ -95,194.89 | = | $ 108,666.89 |

35. Total projected cash receipts for the next month:                        $ 234,819.00

36. Total projected cash disbursements for the next month:              − $ 232,210.00

37. Total projected net cash flow for the next month:                      = $ 2,609.00

---

Doc ID: b039d38752d4c751acec3bb19c857f3614571225

Debtor Name  Maison Drake, LLC                                        Case number 6:23-bk-03825-LVV

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Doc ID: b039d38752d4c751acec3bb19c857f3614571225

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING**   November 1, 2023        **AND ENDING**   November 30, 2023

Name of Debtor:   Maison Drake            Case Number:   6:23-bk-03825-LVV
Date of Petition:   September 15, 2023

| | | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| **1 FUNDS AT BEGINNING OF PERIOD** | | | $155,338.50 (a) | $28,620.14 (b) |
| **2 RECEIPTS:** | | | | |
| | **A.** Cash Sales | | $87,935.14 | $262,874.54 |
| | Minus: Cash Refunds | (-) | $9,337.99 | $9,337.99 |
| | Net Cash Sales | | $78,597.15 | $253,536.55 |
| | **B.** Accounts Receivable | | | |
| | **C.** Other Receipts (See MOR-3) | | | |
| | (If you receive rental income, you | | $25,579.38 | $147,520.26 |
| | must attach a rent roll | | | |
| **3 TOTAL RECEIPTS** (Lines 2A+2B+2C) | | | $104,176.53 | $401,056.81 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS** (Line 1+ Line 3) | | | $259,515.03 | $429,676.95 |
| **5 DISBURSEMENTS** | | | | |
| | A. Advertising | | $7,593.03 | $19,593.03 |
| | B. Bank Charges | | $279.43 | $1,404.43 |
| | C. Contract Labor | | $400.00 | $1,200.00 |
| | D. Fixed Asset Payment   (not incl. in "N") | | | |
| | E. Insurance | | $5,242.33 | $12,062.30 |
| | F. Inventory Payments | | $90,227.63 | $192,429.71 |
| | G. Lease | | | |
| | H. Manufacturing Supplies | | | |
| | I. Office Supplies | | $957.71 | $1,022.55 |
| | J. Payroll-Net | | $22,787.35 | $42,160.01 |
| | K. Professional Fees (Accounting & Legal) | | $1,445.00 | $3,845.00 |
| | L. Rent | | $17,302.11 | $17,302.11 |
| | M. Repairs & Maintenance | | $2,175.08 | $2,175.08 |
| | N. Secured Creditor Payments | | | |
| | O. Taxes Paid-Payroll | | | |
| | P. Taxes Paid - Sales & Use | | $1,685.27 | $2,498.02 |
| | Q. Taxes Paid -Other | | | |
| | R. Telephone | | | |
| | S. Travel & Entertainment | | | |
| | Y. U.S. Trustee Quarterly Fees | | | |
| | U. Utilities | | $2,947.06 | $8,089.41 |
| | V. Vehicle Expenses | | | |
| | W. Other Operating Expenses (See MOR-2) | | $46,329.42 | $65,751.69 |
| **6 TOTAL DISBURSEMENTS (sum of 5A thru W)** | | | $199,371.42 | $369,533.34 |
| **7 ENDING BALANCE (Line 4 Minus Line 6)** | | | $60,143.61 (c ) | $60,143.61 (c ) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This    8th    day of    February   ,2024

*David Lanxner*
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This Figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c ) These two amounts will always be the same if form is completed correctly.

MOR-2
**APPENDIX A**

Doc ID: b039d38752d4c751acec3bb19c857f3614571225

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-3, Line 2C.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Prepay of Fulfillment Fees Maison Baby | | $ 60,000.00 |
| Prepay of Fulfillment Fees Eleven Twenty | | $ 10,000.00 |
| Rent Income | $ 13,579.38 | $ 23,622.96 |
| Security Deposit | $ 12,000.00 | $ 12,000.00 |
| Owner's Contribution to cover expenses due to hold | | $ 6,500.00 |
| Maison Baby Inventory Purchase | | $ 25,000.00 |
| Owner's Contribution to cover Payroll due to hold | | $ 9,017.81 |
| First Horizon reversal of bank fees | | $ 1,379.49 |
| TOTAL OTHER RECEIPTS | $ 25,579.38 | $147,520.26 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Shipping Fees | $38,946.47 | |
| Amazon Storage Fees | $2,420.79 | |
| Amazon FBA Fees | $4,962.16 | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $46,329.42 | $0.00 |

Doc ID: b039d38752d4c751acec3bb19c857f3614571225

**REGIONS**
Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

2

**ACCOUNT #** ▆▆▆**5196**

092

| | |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 8 |

## LIFEGREEN BUSINESS CHECKING
November 1, 2023 through November 30, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $155,150.87 | Minimum Balance | $10,359 |
| Deposits & Credits | $96,793.58 + | Average Balance | $73,303 |
| Withdrawals | $205,032.52 – | | |
| Fees | $168.43 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | **$46,743.50** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 11/02 | Deposit - Thank You | 25,579.38 |
| 11/28 | Amazon Phhgewcq1 Payments Maison Drake  4fqyaenh8qt2jyw | 3,296.50 |
| 11/29 | Amazon.Cnti8whdk Payments Maison Drake   1roa7kftlghgo9v | 67,917.70 |
| | Total Deposits & Credits | $96,793.58 |

### WITHDRAWALS

| | | |
|---|---|---|
| 11/01 | Maison Drake LLC Rent Maison Drake L | 17,302.11 |
| 11/01 | Card Purchase Clek Inc        5999 866-656-2462 On       2899 | 829.47 |
| 11/01 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 11/01 | Card Purchase Clek Inc        5999 866-656-2462 On       2899 | 273.99 |
| 11/02 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 11/02 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 11/02 | Card Purchase Sp Birdie Bean   5945 Httpshuxnharp TX 75071   2899 | 428.22 |
| 11/02 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 11/02 | ADP Payroll Fees ADP Fees 644799406maiso 927330566588 | 94.25 |
| 11/02 | ADP Payroll Fees ADP Fees 645136628maiso 927330566587 | 128.55 |
| 11/03 | Maison Drake LLC Bento Maison Drake L | 25,000.00 |
| 11/03 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 10.00 |
| 11/03 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 10.00 |
| 11/03 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |
| 11/03 | Card Purchase Amzn Mktp Us*nn  5942 Amzn.Com/Bill WA 98109   2899 | 25.40 |
| 11/03 | Card Purchase Commonwealth So 5999 Fall River   MA 02721   2899 | 1,824.18 |
| 11/03 | Card Purchase Le Blanc Inc    5085 8138909450   FL 33634   2899 | 2,515.86 |
| 11/03 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260    2899 | 250.00 |



**Thank You For Banking With Regions!**
2023 Regions Bank Member FDIC. All loans subject to credit approval.

Doc ID: b039d38752d4c751acec3bb19c857f3614571225

**REGIONS**

Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

2

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #**    ▉▉ **5196**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 8 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 11/03 | Card Purchase Sp Veer Gear    5941 Goveer.Com   GA 30327   2899 | 106.96 |
| 11/03 | Square Inc    Mark A. ST David Lanxner  T37vqy4erb676zw | 1,445.00 |
| 11/06 | Card Purchase Associated Pack 5046 Gallatin    TN 37066   2899 | 179.88 |
| 11/06 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/06 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/06 | Card Purchase Clek Inc    5999 866-656-2462 On    2899 | 273.99 |
| 11/06 | Card Purchase Sp Veer Gear    5941 Goveer.Com   GA 30327   2899 | 635.90 |
| 11/06 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/06 | Card Purchase Alday Climate S  1711 Aldaycs AOL.C FL 32732   2899 | 1,000.00 |
| 11/06 | Zelle Debit to Borman  Land Ref# 330800k05ul1 | 400.00 |
| 11/06 | Card Purchase Clek Inc    5999 866-656-2462 On    2899 | 562.98 |
| 11/06 | Bento Technologi Bento Tech Maison Drake    lab727wmx | 10,000.00 |
| 11/07 | Maison Drake LLC MD Unilove Maison Drake L | 5,296.00 |
| 11/07 | Card Purchase Associated Pack 5046 Gallatin    TN 37066   2899 | 162.12 |
| 11/07 | Recurring Card Transaction Spectrum    4899 855-707-7328 MO 63131   2899 | 837.82 |
| 11/07 | Ds Waters of Ame Msinvoice Maison Drake  603503621195805 | 301.42 |
| 11/07 | Zelle Debit to Veronica  Sa Ref# 331100h0ixyz | 275.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 10.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 10.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 10.00 |
| 11/08 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/08 | Zelle Debit to Happy Kidz L Ref# 331200b049nx | 201.06 |
| 11/08 | Zelle Debit to Happy Kidz L Ref# 331200n09m4c | 180.00 |
| 11/08 | Zelle Debit to Happy Kidz L Ref# 331200m0b5wg | 26.01 |
| 11/08 | Zelle Debit to Happy Kidz L Ref# 331200k0ck0e | 206.01 |
| 11/08 | Zelle Debit to Juan  Gonzal Ref# 331200j0ho2e | 750.00 |
| 11/08 | Zelle Debit to Happy Kidz L Ref# 331200l08af6 | 205.96 |
| 11/09 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/09 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/09 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/09 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/09 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/09 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/10 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/10 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/10 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/10 | Card Purchase Endicia Usposta 4215 800-576-3279 TX 78731   2899 | 250.00 |
| 11/10 | ADP Payroll Fees ADP Fees 645775910maiso 926630633103 | 15.00 |
| 11/10 | ADP Pay-By-Pay  Pay-By-Pay Maison Drake M 365067832400khk | 67.81 |
| 11/10 | Waste Connection Web_pay David Lanxner  76967824110823 | 832.12 |
| 11/10 | ADP - Tax    ADP - Tax Maison Drake  744068587784a00 | 1,116.58 |
| 11/10 | ADP Wage Pay    Wage Pay Maison Drake M 365067832399khk | 5,169.92 |
| 11/10 | Zelle Debit to Happy Kidz L Ref# 331400n0d7vk | 729.38 |
| 11/13 | Maison Drake LLC Ads Maison Drake L | 7,593.03 |

**REGIONS**
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** █████ **5196**

2

092

| | |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 8 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 11/13 | Card Purchase Endicia Usposta  4215 800-576-3279  TX 78731   2899 | 250.00 |
| 11/13 | Card Purchase Endicia Usposta  4215 800-576-3279  TX 78731   2899 | 250.00 |
| 11/13 | Card Purchase Endicia Usposta  4215 800-576-3279  TX 78731   2899 | 250.00 |
| 11/13 | Card Purchase Endicia Usposta  4215 800-576-3279  TX 78731   2899 | 250.00 |
| 11/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 10.00 |
| 11/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/13 | Card Purchase Clek Inc       5999 866-656-2462  On        2899 | 424.99 |
| 11/13 | Card Purchase Clek Inc       5999 866-656-2462  On        2899 | 364.98 |
| 11/13 | Card Purchase Amzn Mktp Us*w4  5942 Amzn.Com/Bill WA 98109   2899 | 32.64 |
| 11/14 | Wire Transfer Bento | 17,500.00 |
| 11/14 | Zelle Debit to Happy Kidz L Ref# 331800j04y8e | 1,415.15 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/15 | Card Purchase Clek Inc       5999 866-656-2462  On        2899 | 419.99 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 10.00 |
| 11/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/16 | Card Purchase Endicia Usposta  4215 800-576-3279  TX 78731   2899 | 250.00 |
| 11/16 | Card Purchase Endicia Usposta  4215 800-576-3279  TX 78731   2899 | 250.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 10.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 10.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 10.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 10.00 |
| 11/16 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/17 | Card Purchase State Farm  Ins  6300 800-956-6310  IL 61710   2899 | 227.35 |
| 11/17 | Card Purchase Clek Inc       5999 866-656-2462  On        2899 | 288.99 |
| 11/17 | Card Purchase Clek Inc       5999 866-656-2462  On        2899 | 482.98 |
| 11/17 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/17 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/17 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 11/17 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 10.00 |

**REGIONS**
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

2

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ▮▮▮▮ **5196**

|  |  | 092 |
|---|---|---|
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 4 of 8 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 11/17 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 10.00 |
| 11/17 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/17 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/17 | ADP Payroll Fees ADP Fees 646261237maiso 400058221086 | 15.00 |
| 11/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/20 | Card Purchase Dri*signs       5111 888-222-4929  CA 91406    2899 | 242.38 |
| 11/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 10.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 10.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/22 | Card Purchase Clek Inc        5999 866-656-2462  On        2899 | 399.98 |
| 11/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/22 | Wire Transfer Bento | 10,000.00 |
| 11/24 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/24 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/24 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/24 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/24 | ADP Pay-By-Pay  Pay-By-Pay Maison Drake M 495069573951khk | 74.52 |
| 11/24 | Intuit *     Qbooks Onl Maison Drake  3695080 | 90.00 |
| 11/24 | ADP Payroll Fees ADP Fees 647057631maiso 789091861695 | 128.55 |
| 11/24 | ADP - Tax      ADP - Tax Maison Drake  934929411747a00 | 3,075.50 |
| 11/24 | ADP Wage Pay    Wage Pay Maison Drake M 495069573950khk | 12,901.67 |
| 11/27 | Recurring Card Transaction Endicia      5045 800-576-3279  TX 78731    2899 | 19.99 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260     2899 | 250.00 |

**REGIONS**

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

2

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #**         **5196**

092

| | |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 8 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/27 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/28 | Card Purchase Amazon-Marketpl  5311 Sao Paulo          2899 | | 2.05 |
| 11/28 | United Healthcar Edi Paymts 0007maison Dra 108674817599 | | 5,014.98 |
| 11/29 | Maison Drake LLC Fat Brain Maison Drake L | | 6,649.16 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase Clek Inc        5999 866-656-2462  On        2899 | | 839.98 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 100.00 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase Speedy Monkey F  5399 Httpswww.Fair CA 94103 | 2899 | 1,485.01 |
| 11/29 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/29 | Card Purchase Rivet Apparel C  5399 Httpswww.Fair CA 94103 | 2899 | 220.00 |
| 11/29 | Waste Connection Web_pay David Lanxner  77268859112823 | | 361.06 |
| 11/29 | Wire Transfer Sp Distributio | | 5,065.87 |
| 11/30 | Card Purchase Spi*duke-Energy  4900 800-777-9898  NC 28202 | 2899 | 82.50 |
| 11/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 10.00 |
| 11/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 11/30 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 10.00 |

**REGIONS**
Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

2

**ACCOUNT #** ▇▇▇▇▇ **5196**

|  |  |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 6 of 8 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 | 2899 | 250.00 |
| 11/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 | 2899 | 250.00 |
| 11/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 | 2899 | 250.00 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71979250 | | 50.00 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71981002 | | 50.00 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71981006 | | 50.00 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71981004 | | 191.18 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71981000 | | 237.15 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71979248 | | 298.84 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71980998 | | 332.35 |
| 11/30 | Fla Dept Revenue C01 Maison Drake 71979244 | | 475.75 |
| 11/30 | Bento Technologi Bento Tech Maison Drake    Ipa6z2zew | | 10,000.00 |

**Total Withdrawals** **$205,032.52**

## FEES

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | International Service Assessment Clek Inc | 24.88 |
| 11/01 | International Service Assessment Clek Inc | 8.22 |
| 11/06 | International Service Assessment Clek Inc | 8.22 |
| 11/06 | International Service Assessment Clek Inc | 16.89 |
| 11/09 | Analysis Charge       10-23 | 13.50 |
| 11/13 | International Service Assessment Clek Inc | 12.75 |
| 11/13 | International Service Assessment Clek Inc | 10.95 |
| 11/15 | International Service Assessment Clek Inc | 12.60 |
| 11/17 | International Service Assessment Clek Inc | 8.67 |
| 11/17 | International Service Assessment Clek Inc | 14.49 |
| 11/22 | International Service Assessment Clek Inc | 12.00 |
| 11/28 | International Service Assessment Amazon-Marketpl | 0.06 |
| 11/29 | International Service Assessment Clek Inc | 25.20 |

**Total Fees** **$168.43**

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 136,462.20 | 11/10 | 93,709.59 | 11/21 | 49,032.65 |
| 11/02 | 160,640.56 | 11/13 | 83,010.25 | 11/22 | 37,620.67 |
| 11/03 | 129,203.16 | 11/14 | 64,095.10 | 11/24 | 20,350.43 |
| 11/06 | 115,375.30 | 11/15 | 58,902.51 | 11/27 | 17,830.44 |
| 11/07 | 108,502.94 | 11/16 | 57,352.51 | 11/28 | 10,359.85 |
| 11/08 | 104,153.90 | 11/17 | 55,045.03 | 11/29 | 60,031.27 |
| 11/09 | 102,640.40 | 11/20 | 53,802.65 | 11/30 | 46,743.50 |

**REGIONS**

Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

2

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #**          **5196**

|            | 092    |
|------------|--------|
| Cycle      | 26     |
| Enclosures | 0      |
| Page       | 7 of 8 |

**PRICING FOR CERTAIN TREASURY MANAGEMENT
SERVICES AND ANALYZED DEPOSITORY
PRODUCTS IS CHANGING EFFECTIVE
JANUARY 1, 2024. CHANGES WILL BE
REFLECTED BEGINNING WITH THE JANUARY
ANALYSIS STATEMENT YOU WILL RECEIVE IN
FEBRUARY. TO VIEW ALL CHANGES, VISIT
REGIONS.COM/SPECIALMESSAGE. PLEASE
CONTACT YOUR TREASURY MGMT. OFFICER WITH
QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

|  |  | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $<br>+ |
| 3. | Total lines 1 & 2 | $<br>= |
| 4. | Enter total from 4a (column on right side of page) | $<br>- |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $<br>= |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
| Total Enter in Line 4 at Left |  |  |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



## Bento Account Transaction Report for Maison Drake

### Settled Transactions

| Date (UTC) | Card | Description | Location | Amount |
|---|---|---|---|---|
| 11/30/2023 | David Lanxner | THULE INC | 203-8819600, CT | USD -$602.60 |
| 11/30/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$126.94 |
| 11/29/2023 | David Lanxner | VOYANT | 866-629-8200, MN | USD -$5.00 |
| 11/29/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$135.64 |
| 11/28/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$246.17 |
| 11/27/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$8,188.19 |
| 11/27/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$227.65 |
| 11/26/2023 | David Lanxner | VERIZON WRL MY ACCT VE | 800-9220204, CA | USD -$507.14 |
| 11/26/2023 | David Lanxner | TONIES USA | 877-698-6643, CA | USD -$944.85 |
| 11/23/2023 | David Lanxner | CONCEPT GOURMET DU VIL | MORIN-HEIGHTS, QC | USD -$666.46 |
| 11/22/2023 | David Lanxner | PAYPAL *BLANKLABELS | 402-935-7733, NC | USD -$219.99 |
| 11/22/2023 | David Lanxner | BLUE CRAB BAY WHOLESALE | 757-787-3603, VA | USD -$124.25 |
| 11/22/2023 | David Lanxner | PAYPAL *ESSENTIALWE | 402-935-7733, CA | USD -$230.40 |
| 11/22/2023 | David Lanxner | BLUE CRAB BAY WHOLESALE | 757-787-3603, VA | USD -$130.22 |
| 11/22/2023 | David Lanxner | BLUE CRAB BAY WHOLESALE | 757-787-3603, VA | USD -$2,240.00 |
| 11/22/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$117.47 |
| 11/22/2023 | David Lanxner | FAT BRAIN TOY CO | WWW.FATBRAINT, NE | USD -$232.80 |
| 11/21/2023 | David Lanxner | STAMPS.COM *USPOSTAGE | 855-608-2677, TX | USD -$100.00 |
| 11/21/2023 | David Lanxner | STAMPS.COM | 855-608-2677, TX | USD -$50.00 |

| | | *USPOSTAGE | | |
|---|---|---|---|---|
| 11/20/2023 | David Lanxner | T.S. PINK CORP | 607-4321100, NY | USD - $1,211.00 |
| 11/20/2023 | David Lanxner | BLACKBERRY PATCH | 229-5589996, GA | USD - $1,371.35 |
| 11/20/2023 | David Lanxner | STAMPS.COM *USPOSTAGE | 855-608-2677, TX | USD -$25.00 |
| 11/20/2023 | David Lanxner | AMZN Mktp US*SL8DJ0P23 | Amzn.com/bill, WA | USD -$335.63 |
| 11/18/2023 | David Lanxner | STAMPS.COM *USPOSTAGE | 855-608-2677, TX | USD -$49.36 |
| 11/18/2023 | David Lanxner | VOYANT | 866-629-8200, MN | USD -$20.00 |
| 11/18/2023 | David Lanxner | STAMPS.COM | 855-608-2677, TX | USD -$39.99 |
| 11/17/2023 | David Lanxner | WWW.FLOSSANDRO CK.CO.UK | INTERNET | USD -$271.70 |
| 11/17/2023 | David Lanxner | IN *QUANTUM COSMETICS, IN | 214-5159090, TX | USD -$195.46 |
| 11/17/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$281.12 |
| 11/17/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD - $1,373.18 |
| 11/16/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$201.30 |
| 11/16/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$215.20 |
| 11/16/2023 | David Lanxner | SHOPIFY* 204279128 | HTTPSSHOPIFY., IL | USD -$124.00 |
| 11/15/2023 | David Lanxner | IN *BOURBON BARREL FOODS, | 800-262-3246, CA | USD - $1,777.92 |
| 11/15/2023 | David Lanxner | ROSEBUD PERFUME COMPANY, | 301-8458788, MD | USD - $1,338.95 |
| 11/15/2023 | David Lanxner | PREMIER KITES AND DESIGN | 301-277-3888, MD | USD -$53.00 |
| 11/14/2023 | David Lanxner | TONIES USA | 8776986643, CA | USD - $1,206.90 |
| 11/14/2023 | | Starter - 11/14/2023 - 12 | | USD -$29.00 |
| 11/14/2023 | David Lanxner | UPPABABY | 781-4133000, MA | USD -$166.54 |
| 11/14/2023 | David Lanxner | UPPABABY | 781-4133000, MA | USD -$130.52 |
| 11/14/2023 | David Lanxner | UPPABABY | 781-4133000, MA | USD -$130.52 |

| 11/14/2023 | David Lanxner | UPPABABY | 781-4133000, MA | USD -$720.79 |
|---|---|---|---|---|
| 11/14/2023 | David Lanxner | UPPABABY | 781-4133000, MA | USD -$237.85 |
| 11/14/2023 | David Lanxner | UPPABABY | 781-4133000, MA | USD -$130.52 |
| 11/14/2023 | David Lanxner | UPPABABY | 781-4133000, MA | USD -$130.52 |
| 11/14/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$68.00 |
| 11/14/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$8,540.21 |
| 11/14/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$4,034.45 |
| 11/14/2023 | David Lanxner | Jellycat, Inc | 866-3390606, MN | USD -$1,415.66 |
| 11/14/2023 | David Lanxner | DRI*SIGNS | 888-222-4929, CA | USD -$156.06 |
| 11/14/2023 | David Lanxner | FAT BRAIN TOY CO | WWW.FATBRAINT, NE | USD -$1,490.89 |
| 11/13/2023 | David Lanxner | THE KALA CORPORATION | 401-9416288, RI | USD $119.78 |
| 11/13/2023 | David Lanxner | THE KALA CORPORATION | 4019416288, RI | USD -$119.78 |
| 11/13/2023 | David Lanxner | STAMPS.COM *USPOSTAGE | 855-608-2677, TX | USD -$50.00 |
| 11/13/2023 | David Lanxner | KEEPA PRICE TRACKER | KEMNATH | USD -$20.93 |
| 11/09/2023 | David Lanxner | STAMPS.COM *USPOSTAGE | 855-608-2677, TX | USD -$10.00 |
| 11/08/2023 | David Lanxner | THE KALA CORPORATION | 4019416288, RI | USD $119.78 |
| 11/08/2023 | David Lanxner | THE KALA CORPORATION | 401-9416288, RI | USD -$1,196.78 |
| 11/08/2023 | David Lanxner | IN *CRAYON ROCKS LLC | 270-4877067, KY | USD -$733.56 |
| 11/08/2023 | David Lanxner | STAMPS.COM *USPOSTAGE | 855-608-2677, TX | USD -$22.13 |
| 11/07/2023 | David Lanxner | SOCKSMITH DESIGN INC | 831-426-6416, CA | USD -$3,300.22 |
| 11/07/2023 | David Lanxner | PREMIER KITES AND DESIGN | 301-277-3888, MD | USD -$4,914.00 |

| 11/07/2023 | David Lanxner | INTERMEDIA.NET INC | 800-379-7729, WA | USD -$308.26 |
| 11/07/2023 | David Lanxner | STAMPS.COM *USPOSTAGE | 855-608-2677, TX | USD -$50.00 |
| 11/07/2023 | David Lanxner | PAYPAL *COMOTOMO | 4029357733, CA | USD -$873.60 |
| 11/07/2023 | David Lanxner | WWW.FLOSSANDRO CK.CO.UK | INTERNET | USD -$1,176.10 |
| 11/07/2023 | David Lanxner | THE PUPPET COMPANY | WWW.THEPUPPET, MD | USD -$434.00 |
| 11/06/2023 | David Lanxner | SQ *FRANKLY PET LLC | 877-417-4551, WI | USD -$597.81 |
| 11/06/2023 | David Lanxner | BEWALTZ | ONTARIO, CA | USD -$869.80 |
| 11/06/2023 | David Lanxner | PAYPAL *ESSENTIALWE | 402-935-7733, CA | USD -$222.30 |
| 11/06/2023 | David Lanxner | IN *QUANTUM COSMETICS, IN | 214-5159090, TX | USD -$2,769.00 |
| 11/06/2023 | David Lanxner | ADOBE INC. | 408-536-6000, CA | USD -$19.99 |

**Total Card Transactions:  -$60,017.06**

## Account Loads

| Date (UTC) | Card | Description | Location | Amount |
|---|---|---|---|---|
| 11/30/2023 | | LIFEGREEN BUSINESS CHECKI | | USD $10,000.00 |
| 11/22/2023 | | Wires | | USD $10,000.00 |
| 11/14/2023 | | Wires | | USD $17,500.00 |
| 11/07/2023 | | LIFEGREEN BUSINESS CHECKI | | USD $10,000.00 |
| 11/06/2023 | | MAISON DRAKE LLC | | USD $25,000.00 |

**Total Loads:  $72,500.00**

## Applied Filters

**Date Range:** 11/06/2023 to 11/30/2023



# Your Statement

David Lanxner
Maison Drake
155 National Place, Ste 105
Longwood, FL, 32750

| | |
|---|---|
| Statement period: | 11/01/2023 - 11/30/2023 |
| Opening Ledger Balance: | $187.63 |
| Closing Ledger Balance: | $13,400.11 |

| Settlement Date | Transaction Date | Card | Transaction | *Amount -/+ | Ledger Balance |
|---|---|---|---|---|---|
| Daily Balance 11/01 | | | | | $187.63 |
| No Transactions | | | | | |
| Daily Balance 11/02 | | | | | $187.63 |
| No Transactions | | | | | |
| Daily Balance 11/03 | | | | | $187.63 |
| No Transactions | | | | | |
| Daily Balance 11/04 | | | | | $187.63 |
| No Transactions | | | | | |
| Daily Balance 11/05 | | | | | $187.63 |
| No Transactions | | | | | |
| Daily Balance 11/06 | | | | | $187.63 |
| 11/06/2023 | 11/06/2023 | | LOAD - MAISON DRAKE LLC | +$25,000.00 | |
| 11/06/2023 | 11/06/2023 | David Lanxner | ADOBE INC., CA | -$19.99 | |
| Daily Balance 11/07 | | | | | $25,167.64 |
| 11/07/2023 | 11/07/2023 | | LOAD - LIFEGREEN BUSINESS CHECKI | +$10,000.00 | |
| 11/07/2023 | 11/07/2023 | David Lanxner | PAYPAL *COMOTOMO, CA | -$873.60 | |
| 11/07/2023 | 11/06/2023 | David Lanxner | SQ *FRANKLY PET LLC, WI | -$597.81 | |
| 11/07/2023 | 11/06/2023 | David Lanxner | BEWALTZ, ONTARIO, CA | -$869.80 | |
| 11/07/2023 | 11/06/2023 | David Lanxner | IN *QUANTUM COSMETICS, IN, TX | -$2,769.00 | |
| Daily Balance 11/08 | | | | | $30,057.43 |
| 11/08/2023 | 11/08/2023 | David Lanxner | THE KALA CORPORATION, RI | +$119.78 | |
| 11/08/2023 | 11/07/2023 | David Lanxner | SOCKSMITH DESIGN INC, CA | -$3,300.22 | |
| 11/08/2023 | 11/07/2023 | David Lanxner | PREMIER KITES AND DESIGN, MD | -$4,914.00 | |
| 11/08/2023 | 11/07/2023 | David Lanxner | INTERMEDIA.NET INC, WA | -$308.26 | |
| 11/08/2023 | 11/07/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$50.00 | |
| 11/08/2023 | 11/07/2023 | David Lanxner | WWW.FLOSSANDROCK.CO. UK, INTERNET, | -$1,176.10 | |
| 11/08/2023 | 11/07/2023 | David Lanxner | THE PUPPET COMPANY, MD | -$434.00 | |
| 11/08/2023 | 11/06/2023 | David Lanxner | PAYPAL *ESSENTIALWE, CA | -$222.30 | |
| Daily Balance 11/09 | | | | | $19,772.33 |

| | | | | | |
|---|---|---|---|---|---|
| 11/09/2023 | 11/08/2023 | David Lanxner | THE KALA CORPORATION, RI | -$1,196.78 | |
| 11/09/2023 | 11/08/2023 | David Lanxner | IN *CRAYON ROCKS LLC, KY | -$733.56 | |
| 11/09/2023 | 11/08/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$22.13 | |
| **Daily Balance 11/10** | | | | | **$17,819.86** |
| | | | | | |
| 11/10/2023 | 11/09/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$10.00 | |
| **Daily Balance 11/11** | | | | | **$17,809.86** |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 11/12** | | | | | **$17,809.86** |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 11/13** | | | | | **$17,809.86** |
| | | | | | |
| 11/13/2023 | 11/13/2023 | David Lanxner | THE KALA CORPORATION, RI | +$119.78 | |
| 11/13/2023 | 11/13/2023 | David Lanxner | THE KALA CORPORATION, RI | -$119.78 | |
| 11/13/2023 | 11/13/2023 | David Lanxner | KEEPA PRICE TRACKER, KEMNATH, | -$20.93 | |
| **Daily Balance 11/14** | | | | | **$17,788.93** |
| | | | | | |
| 11/14/2023 | 11/14/2023 | | Starter - 11/14/2023 - 12, | -$29.00 | |
| 11/14/2023 | 11/14/2023 | | LOAD - Wires | +$17,500.00 | |
| 11/14/2023 | 11/14/2023 | David Lanxner | FAT BRAIN TOY CO, NE | -$1,490.89 | |
| 11/14/2023 | 11/13/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$50.00 | |
| **Daily Balance 11/15** | | | | | **$33,719.04** |
| | | | | | |
| 11/15/2023 | 11/14/2023 | David Lanxner | Jellycat, Inc, MN | -$68.00 | |
| 11/15/2023 | 11/14/2023 | David Lanxner | Jellycat, Inc, MN | -$8,540.21 | |
| 11/15/2023 | 11/14/2023 | David Lanxner | Jellycat, Inc, MN | -$4,034.45 | |
| 11/15/2023 | 11/14/2023 | David Lanxner | Jellycat, Inc, MN | -$1,415.66 | |
| 11/15/2023 | 11/14/2023 | David Lanxner | DRI*SIGNS, CA | -$156.06 | |
| **Daily Balance 11/16** | | | | | **$19,504.66** |
| | | | | | |
| 11/16/2023 | 11/16/2023 | David Lanxner | SHOPIFY* 204279128, IL | -$124.00 | |
| 11/16/2023 | 11/15/2023 | David Lanxner | IN *BOURBON BARREL FOODS,, CA | -$1,777.92 | |
| 11/16/2023 | 11/15/2023 | David Lanxner | ROSEBUD PERFUME COMPANY,, MD | -$1,338.95 | |
| 11/16/2023 | 11/15/2023 | David Lanxner | PREMIER KITES AND DESIGN, MD | -$53.00 | |
| 11/16/2023 | 11/14/2023 | David Lanxner | UPPABABY, MA | -$166.54 | |
| 11/16/2023 | 11/14/2023 | David Lanxner | UPPABABY, MA | -$130.52 | |
| 11/16/2023 | 11/14/2023 | David Lanxner | UPPABABY, MA | -$130.52 | |
| 11/16/2023 | 11/14/2023 | David Lanxner | UPPABABY, MA | -$720.79 | |
| 11/16/2023 | 11/14/2023 | David Lanxner | UPPABABY, MA | -$237.85 | |
| 11/16/2023 | 11/14/2023 | David Lanxner | UPPABABY, MA | -$130.52 | |
| 11/16/2023 | 11/14/2023 | David Lanxner | UPPABABY, MA | -$130.52 | |
| **Daily Balance 11/17** | | | | | **$14,563.53** |
| | | | | | |
| 11/17/2023 | 11/16/2023 | David Lanxner | Jellycat, Inc, MN | -$201.30 | |
| 11/17/2023 | 11/16/2023 | David Lanxner | Jellycat, Inc, MN | -$215.20 | |
| **Daily Balance 11/18** | | | | | **$14,147.03** |

| Date | Date | Name | Description | Amount | Balance |
|---|---|---|---|---|---|
| 11/18/2023 | 11/18/2023 | David Lanxner | VOYANT, MN | -$20.00 | |
| 11/18/2023 | 11/18/2023 | David Lanxner | STAMPS.COM, TX | -$39.99 | |
| 11/18/2023 | 11/17/2023 | David Lanxner | WWW.FLOSSANDROCK.CO. UK, INTERNET, | -$271.70 | |
| 11/18/2023 | 11/17/2023 | David Lanxner | IN *QUANTUM COSMETICS, IN, TX | -$195.46 | |
| 11/18/2023 | 11/17/2023 | David Lanxner | Jellycat, Inc, MN | -$281.12 | |
| 11/18/2023 | 11/17/2023 | David Lanxner | Jellycat, Inc, MN | -$1,373.18 | |
| **Daily Balance 11/19** | | | | | **$11,965.58** |
| 11/19/2023 | 11/18/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$49.36 | |
| **Daily Balance 11/20** | | | | | **$11,916.22** |
| 11/20/2023 | 11/20/2023 | David Lanxner | AMZN Mktp US*SL8DJ0P23, WA | -$335.63 | |
| **Daily Balance 11/21** | | | | | **$11,580.59** |
| 11/21/2023 | 11/20/2023 | David Lanxner | BLACKBERRY PATCH, GA | -$1,371.35 | |
| 11/21/2023 | 11/20/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$25.00 | |
| **Daily Balance 11/22** | | | | | **$10,184.24** |
| 11/22/2023 | 11/22/2023 | | LOAD - Wires | +$10,000.00 | |
| 11/22/2023 | 11/22/2023 | David Lanxner | FAT BRAIN TOY CO, NE | -$232.80 | |
| 11/22/2023 | 11/21/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$100.00 | |
| 11/22/2023 | 11/21/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$50.00 | |
| 11/22/2023 | 11/20/2023 | David Lanxner | T.S. PINK CORP, NY | -$1,211.00 | |
| 11/22/2023 | 11/14/2023 | David Lanxner | TONIES USA, CA | -$1,206.90 | |
| **Daily Balance 11/23** | | | | | **$17,383.54** |
| 11/23/2023 | 11/22/2023 | David Lanxner | PAYPAL *BLANKLABELS, NC | -$219.99 | |
| 11/23/2023 | 11/22/2023 | David Lanxner | BLUE CRAB BAY WHOLESALE, VA | -$124.25 | |
| 11/23/2023 | 11/22/2023 | David Lanxner | BLUE CRAB BAY WHOLESALE, VA | -$130.22 | |
| 11/23/2023 | 11/22/2023 | David Lanxner | BLUE CRAB BAY WHOLESALE, VA | -$2,240.00 | |
| 11/23/2023 | 11/22/2023 | David Lanxner | Jellycat, Inc, MN | -$117.47 | |
| **Daily Balance 11/24** | | | | | **$14,551.61** |
| 11/24/2023 | 11/22/2023 | David Lanxner | PAYPAL *ESSENTIALWE, CA | -$230.40 | |
| **Daily Balance 11/25** | | | | | **$14,321.21** |
| 11/25/2023 | 11/23/2023 | David Lanxner | CONCEPT GOURMET DU VIL, QC | -$666.46 | |
| **Daily Balance 11/26** | | | | | **$13,654.75** |
| 11/26/2023 | 11/26/2023 | David Lanxner | TONIES USA, CA | -$944.85 | |
| **Daily Balance 11/27** | | | | | **$12,709.90** |
| 11/27/2023 | 11/26/2023 | David Lanxner | VERIZON WRL MY ACCT VE, | -$507.14 | |

| | | | CA | |
|---|---|---|---|---|
| **Daily Balance 11/28** | | | | **$12,202.76** |
| 11/28/2023 | 11/27/2023 | David Lanxner | Jellycat, Inc, MN | -$8,188.19 |
| 11/28/2023 | 11/27/2023 | David Lanxner | Jellycat, Inc, MN | -$227.65 |
| **Daily Balance 11/29** | | | | **$3,786.92** |
| 11/29/2023 | 11/28/2023 | David Lanxner | Jellycat, Inc, MN | -$246.17 |
| **Daily Balance 11/30** | | | | **$3,540.75** |
| 11/30/2023 | 11/30/2023 | | LOAD - LIFEGREEN BUSINESS CHECKI | +$10,000.00 |
| 11/30/2023 | 11/29/2023 | David Lanxner | VOYANT, MN | -$5.00 |
| 11/30/2023 | 11/29/2023 | David Lanxner | Jellycat, Inc, MN | -$135.64 |
| **Daily Balance 12/01** | | | | **$13,400.11** |
| **Daily Balance 12/01** | | | | **$13,400.11** |

*Amount Debit - / Credit +

Statement period: 11/01/2023 - 11/30/2023

| Opening Ledger Balance | Total Debit | Total Credit | = Closing Ledger Balance |
|---|---|---|---|
| $187.63 | -$59,527.08 | +$72,739.56 | = $13,400.11 |

Banking services provided by The Bancorp Bank N.A., Member FDIC. This Card is issued by The Bancorp Bank, N.A. pursuant to a license by Visa U.S.A Inc. and may be used everywhere Visa debit cards are accepted.

Bento For Business
PO Box 10929
Chicago, IL 60610

# Maison Drake

## Profit and Loss

November 2023

|  | TOTAL |
|---|---:|
| Income | |
| AMZN Refund fees | -9,337.99 |
| Sales | 87,935.14 |
| **Total Income** | **$78,597.15** |
| Cost of Goods Sold | |
| Contract Labor | 400.00 |
| Cost of Goods Sold | 89,498.09 |
| Postage and Delivery | 396.48 |
| Shipping Fees | 38,549.99 |
| Shipping Supplies | 897.62 |
| **Total Postage and Delivery** | **39,844.09** |
| **Total Cost of Goods Sold** | **$129,742.18** |
| GROSS PROFIT | $ -51,145.03 |
| Expenses | |
| Accounting Fees | 1,445.00 |
| Advertising and Promotion | 7,593.03 |
| AMZN FBA fees | 4,962.16 |
| AMZN Storage Fees | 2,420.79 |
| Bank Service Charges | 279.43 |
| Insurance Expense | 5,242.33 |
| Interest Expense | 4,032.02 |
| Office Supplies | 60.09 |
| Payroll Expenses | 22,787.35 |
| Rent Expense 105-135 | 17,302.11 |
| Repairs and Maintenance | 1,000.00 |
| Janitorial Expense | 1,025.00 |
| **Total Repairs and Maintenance** | **2,025.00** |
| Sales Tax | 1,685.27 |
| Utilities | 2,947.06 |
| **Total Expenses** | **$72,781.64** |
| NET OPERATING INCOME | $ -123,926.67 |
| Other Income | |
| Sublease Rent | 13,579.38 |
| **Total Other Income** | **$13,579.38** |
| NET OTHER INCOME | $13,579.38 |
| NET INCOME | $ -110,347.29 |

Doc ID: b039d38752d4c751acec3bb19c857f3614571225