**Fill in this information to identify the case:**

Debtor Name  Maison Drake, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number:  6:23-bk-03825-LVV

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11            12/17

Month:  December

Date report filed:  02/09/2024
MM / DD / YYYY

Line of business:  Online Sales

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Maison Drake, LLC

Original signature of responsible party  *David Lanxner*

Printed name of responsible party  David Lanxner

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Doc ID: 433a248f22732d97ad064ec1972140d1017d20b3

Debtor Name  Maison Drake, LLC                                    Case number  6:23-bk-03825-LVV

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐    ☑    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐    ☑    ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                $  60,143.61

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                                        $  197,147.19

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.                                                          − $  208,952.39

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                          + $  -11,805.20
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $  48,338.41

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                    $      0.00

        *(Exhibit E)*

Debtor Name  Maison Drake, LLC                                    Case number 6:23-bk-03825-LVV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                           _____5_____
27. What is the number of employees as of the date of this monthly report?              _____5_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                        $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____0.00_____
30. How much have you paid this month in other professional fees?                                                  $ _____2,000.00_____
31. How much have you paid in total other professional fees since filing the case?                                 $ _____2,000.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 234,819.00 | − | $ 197,147.19 | = | $ 37,671.81 |
| 33. **Cash disbursements** | $ 232,210.00 | − | $ 208,952.39 | = | $ 23,257.61 |
| 34. **Net cash flow** | $ 2,609.00 | − | $ -11,805.20 | = | $ 14,414.20 |

35. Total projected cash receipts for the next month:                       $ 187,171.00
36. Total projected cash disbursements for the next month:              − $ 194,436.00
37. Total projected net cash flow for the next month:                      = $ -7,264.00

Doc ID: 433a248f22732d97ad064ec1972140d1017d20b3

Debtor Name  Maison Drake, LLC                                Case number 6:23-bk-03825-LVV

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Doc ID: 433a248f22732d97ad064ec1972140d1017d20b3

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** <u>December 1, 2023</u>  **AND ENDING** <u>December 29, 2023</u>

Name of Debtor: <u>Maison Drake</u>  Case Number: <u>6:23-bk-03825-LVV</u>
Date of Petition: <u>September 15, 2023</u>

| | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| **1 FUNDS AT BEGINNING OF PERIOD** | | $60,143.61 (a) | $28,620.14 (b) |
| **2 RECEIPTS:** | | | |
| **A.** Cash Sales | | $188,950.22 | $451,824.76 |
| Minus: Cash Refunds | (-) | $9,982.41 | $19,320.40 |
| Net Cash Sales | | $178,967.81 | $432,504.36 |
| **B.** Accounts Receivable | | | |
| **C.** Other Receipts (See MOR-3) | | | |
| (If you receive rental income, you must attach a rent roll | | $18,179.38 | $165,699.64 |
| **3 TOTAL RECEIPTS** (Lines 2A+2B+2C) | | $197,147.19 | $598,204.00 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS** (Line 1+ Line 3) | | $257,290.80 | $626,824.14 |
| **5 DISBURSEMENTS** | | | |
| A. Advertising | | $551.25 | $20,144.28 |
| B. Bank Charges | | $159.00 | $1,563.43 |
| C. Contract Labor | | $926.25 | $2,126.25 |
| D. Fixed Asset Payment   (not incl. in "N") | | | |
| E. Insurance | | $3,928.42 | $15,990.72 |
| F. Inventory Payments | | $36,028.24 | $228,457.95 |
| G. Lease | | | |
| H. Manufacturing Supplies | | | |
| I. Office Supplies | | $489.55 | $1,512.10 |
| J. Payroll-Net | | $14,121.10 | $56,281.11 |
| K. Professional Fees (Accounting & Legal) | | | $3,845.00 |
| L. Rent | | $15,264.59 | $32,566.70 |
| M. Repairs & Maintenance | | $26.73 | $2,201.81 |
| N. Secured Creditor Payments | | $7,000.00 | $7,000.00 |
| O. Taxes Paid-Payroll | | | |
| P. Taxes Paid - Sales & Use | | | $2,498.02 |
| Q. Taxes Paid -Other | | | |
| R. Telephone | | | |
| S. Travel & Entertainment | | | |
| Y. U.S. Trustee Quarterly Fees | | $2,000.00 | $2,000.00 |
| U. Utilities | | $1,632.10 | $9,721.51 |
| V. Vehicle Expenses | | | |
| W. Other Operating Expenses (See MOR-2) | | $126,825.16 | $192,576.85 |
| **6 TOTAL DISBURSEMENTS (sum of 5A thru W)** | | $208,952.39 | $578,485.73 |
| **7 ENDING BALANCE (Line 4 Minus Line 6)** | | $48,338.41 (c ) | $48,338.41 (c ) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This ___8th___ day of ___February___ ,2024

*David Lanxner*
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This Figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c ) These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-3, Line 2C.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Prepay of Fulfillment Fees Maison Baby | | $ 60,000.00 |
| Prepay of Fulfillment Fees Eleven Twenty | | $ 10,000.00 |
| Rent Income | $ 13,179.38 | $ 36,802.34 |
| Security Deposit | | $ 12,000.00 |
| Owner's Contribution to cover expenses due to hold | $ 5,000.00 | $ 11,500.00 |
| Maison Baby Inventory Purchase | | $ 25,000.00 |
| Owner's Contribution to cover Payroll due to hold | | $ 9,017.81 |
| First Horizon reversal of bank fees | | $ 1,379.49 |
| TOTAL OTHER RECEIPTS | $ 18,179.38 | $165,699.64 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Shipping Fees | $67,356.50 | |
| Amazon Fees and Commissions | $45,872.61 | |
| Amazon FBA Fees | $13,596.05 | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $126,825.16 | $0.00 |

Doc ID: 433a248f22732d97ad064ec1972140d1017d20b3

![Regions]

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ████ **5196**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 7 |

## LIFEGREEN BUSINESS CHECKING
December 1, 2023 through December 29, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $46,743.50 | Minimum Balance | $10,482 |
| Deposits & Credits | $130,869.01 + | Average Balance | $36,018 |
| Withdrawals | $129,456.88 − | | |
| Fees | $130.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $2,000.00 − | | |
| Ending Balance | $46,025.63 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/01 | Amazon.Cinwjhrtb Payments Maison Drake   1avwj8gzmg5zgsh | 503.37 |
| 12/05 | Deposit - Thank You | 13,179.38 |
| 12/06 | Amazon Padvhnpnx Payments Maison Drake   Ge4mjdyvt4i0niw | 24.10 |
| 12/07 | Maisonbabyllc   Entry Maison Drake | 10,680.98 |
| 12/11 | Amazon.Com.CA IN Intl Pymnt Maison Drake   117i9ib0000cgd | 5,596.42 |
| 12/13 | Deposit - Thank You | 5,000.00 |
| 12/13 | Dlocal Llp     Payment Maison Drake | 653.19 |
| 12/14 | Amazon.Cvlxjclvi Payments Maison Drake   564lcfnl4byk91n | 40,031.93 |
| 12/14 | Dlocal Llp     Payment Maison Drake | 24.34 |
| 12/15 | Amazon.Czxpl8ntn Payments Maison Drake   1zwh4me6jvf1l6m | 6.81 |
| 12/22 | Amazon Pqyforot6 Payments Maison Drake   6utvik9v80saugp | 13.35 |
| 12/26 | Amazon.Com.CA IN Intl Pymnt Maison Drake   117w9rh0000ugd | 1,331.16 |
| 12/27 | Amazon.Cpuybaubh Payments Maison Drake   4pc3lksvlma656v | 20,545.51 |
| 12/27 | Eleventwentyllc   Entry Maison Drake F | 33,218.12 |
| 12/28 | Card Credit Demdaco     5719 Leawood     KS 66209   2899 | 18.50 |
| 12/29 | Amazon.Cw49l2arv Payments Maison Drake   67rsi75kz26nytd | 41.85 |

| | |
|---|---|
| Total Deposits & Credits | $130,869.01 |

### WITHDRAWALS

| | | |
|---|---|---|
| 12/01 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 12/01 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 12/01 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 12/01 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260   2899 | 250.00 |
| 12/01 | ADP Payroll Fees ADP Fees 647366956maiso 775092285568 | 94.25 |
| 12/01 | Sellercloud     Purchase Maison Drake | 1,561.91 |
| 12/01 | Zelle Debit to Happy Kidz L Ref# 333500a0cg1l | 391.61 |



**Thank You For Banking With Regions!**
2023 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

| | | |
|---|---|---|
| **ACCOUNT #** | ■■■■ | **5196** |
| | | 092 |
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 2 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 12/04 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/04 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/04 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/04 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/04 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/04 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/04 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/04 | Zelle Debit to Borman  Land Ref# 333700k0b35b | | 926.25 |
| 12/05 | Maison Drake LLC Rent Maison Drake L | | 15,264.59 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/05 | Bento Technologi Bento Tech Maison Drake        Iwbxmbm8m | | 5,000.00 |
| 12/06 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/06 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/06 | Zelle Debit to Happy Kidz L Ref# 333900b07lac | | 168.23 |
| 12/06 | Bento Technologi Bento Tech Maison Drake        Iba47x946 | | 5,000.00 |
| 12/07 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/07 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/08 | Card Purchase Demdaco        5719 Leawood      KS 66209   2899 | | 157.00 |
| 12/08 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/08 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/08 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/08 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/08 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/08 | ADP Pay-By-Pay   Pay-By-Pay Maison Drake M 936629106844khk | | 79.68 |
| 12/08 | ADP - Tax      ADP - Tax Maison Drake  514092137030a00 | | 1,094.75 |
| 12/08 | ADP Wage Pay    Wage Pay Maison Drake M 936629106843khk | | 5,126.15 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 10.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 10.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 10.00 |

**REGIONS**

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ████ **5196**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 47.82 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/11 | Sellercloud     Purchase Maison Drake | | 2,202.98 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/12 | United Healthcar Edi Paymts 0007maison Dra 108674885399 | | 3,928.42 |
| 12/12 | U. P. S.       UPS Bill Maison Drake   23345*095746253 | | 8,579.66 |
| 12/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/13 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/14 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/14 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/14 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/14 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 100.00 |
| 12/14 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/14 | Card Purchase Target      0 5310 Casselberry  FL 32707   2899 | | 16.88 |
| 12/14 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/14 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/15 | ADP Payroll Fees ADP Fees 648322249maiso 927131686774 | | 94.25 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260 | 2899 | 250.00 |

**REGIONS**

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ████ **5196**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 12/18 | Card Purchase The Home Depot  5200 Casselberry  FL 32707   2899 | | 106.98 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/18 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 10.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 10.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase Uline *Ship Su  5964 800-295-5510  WI 53158   2899 | | 955.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/19 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/20 | Card Purchase Spi*duke-Energy  4900 800-777-9898  NC 28202   2899 | | 248.50 |
| 12/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/20 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/21 | Recurring Card Transaction Yotpo.Com      5045 Yotpo.Com   Ny 10011   2899 | | 80.00 |
| 12/21 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/21 | Intuit *   Qbooks Onl Maison Drake  2791495 | | 90.00 |
| 12/21 | Spectrum       Spectrum Fnu Lnu     2827815 | | 452.51 |
| 12/22 | Card Purchase Uppababy      5099 781-4133000  MA 02370   2899 | | 166.56 |
| 12/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/22 | Card Purchase USPS Stamps End  9402 888-434-0055  DC 20260    2899 | | 250.00 |
| 12/22 | ADP Pay-By-Pay   Pay-By-Pay Maison Drake M 541069841436khk | | 97.15 |

**REGIONS**

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ▮▮▮▮ **5196**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 12/22 | ADP - Tax    ADP - Tax Maison Drake   941729622894a00 | 1,166.91 |
| 12/22 | ADP Wage Pay    Wage Pay Maison Drake M 541069841435khk | 5,450.26 |
| 12/22 | Zelle Debit to Happy Kidz L Ref# 335600n0kjq4 | 170.98 |
| 12/26 | Card Purchase The Home Depot  5200 Casselberry  FL 32707   2899 | 50.27 |
| 12/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/26 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/26 | Card Purchase Sp Rubber Tubbe 5399 626-6272441  CA 90012   2899 | 2,032.80 |
| 12/26 | Card Purchase Wm Supercenter  5411 Casselberry  FL 32707   2899 | 286.76 |
| 12/26 | U. P. S.      UPS Bill Maison Drake   23359^095802035 | 8,579.66 |
| 12/27 | Card Purchase Premier Kites A  5099 301-277-3888  MD 20781   2899 | 440.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/27 | Card Purchase Verizon Wrl My  4814 800-9220204  CA 95630   2899 | 520.03 |
| 12/27 | Recurring Card Transaction Amazon Prime*bc  5968 Amzn.Com/Bill WA 98109   2899 | 15.13 |
| 12/27 | Bento Technologi Bento Tech Maison Drake     I6byly2re | 7,500.00 |
| 12/28 | Card Purchase Amzn Mktp Us*iv  5942 Amzn.Com/Bill WA 98109   2899 | 59.87 |
| 12/28 | Card Purchase Socksmith Desig 5199 831-426-6416  CA 95062   2899 | 2,036.10 |
| 12/28 | Card Purchase Amzn Mktp Us*dv  5942 Amzn.Com/Bill WA 98109   2899 | 36.37 |
| 12/28 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/28 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/28 | Waste Connection Web_pay David Lanxner  78219301122723 | 361.06 |
| 12/29 | Card Purchase Amzn Mktp Us*ga  5942 Amzn.Com/Bill WA 98109   2899 | 266.27 |
| 12/29 | Card Purchase Stamps.Com  *Us  4215 855-608-2677  TX 78731   2899 | 50.00 |
| 12/29 | Recurring Card Transaction Endicia      5045 800-576-3279  TX 78731   2899 | 19.99 |
| 12/29 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/29 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/29 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/29 | Card Purchase Le Blanc Inc   5085 8138909450  FL 33634   2899 | 8,165.59 |
| 12/29 | Card Purchase USPS Stamps End  9402 888-434-0055 DC 20260   2899 | 250.00 |
| 12/29 | ADP Payroll Fees ADP Fees 649282782maiso 377571172816 | 94.25 |
| 12/29 | ADP Payroll Fees ADP Fees 649622377maiso 377571172817 | 123.45 |
| 12/29 | Zelle Debit to Rosanny  C Ref# 336300l07naw | 700.00 |
| | **Total Withdrawals** | **$129,456.88** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 12/11 | Analysis Charge      11-23 | 91.50 |
| 12/29 | Excessive Withdrawal\Item Fee | 38.50 |
| | **Total Fees** | **$130.00** |

**▲ REGIONS**

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** ■■■■ **5196**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 6 of 7 |

## CHECKS

| Date | Check No. | Amount |
|------|-----------|--------|
| 12/21 | 995002 | 2,000.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 44,199.10 | 12/12 | 10,482.95 | 12/21 | 35,285.10 |
| 12/04 | 41,522.85 | 12/13 | 14,136.14 | 12/22 | 27,246.59 |
| 12/05 | 29,437.64 | 12/14 | 52,325.53 | 12/26 | 16,878.26 |
| 12/06 | 23,793.51 | 12/15 | 50,238.09 | 12/27 | 59,416.73 |
| 12/07 | 33,974.49 | 12/18 | 48,131.11 | 12/28 | 56,441.83 |
| 12/08 | 26,016.91 | 12/19 | 40,906.11 | 12/29 | 46,025.63 |
| 12/11 | 26,241.03 | 12/20 | 39,157.61 |  |  |

**PRICING FOR CERTAIN TREASURY MANAGEMENT
SERVICES AND ANALYZED DEPOSITORY
PRODUCTS IS CHANGING EFFECTIVE
JANUARY 1, 2024. CHANGES WILL BE
REFLECTED BEGINNING WITH THE JANUARY
ANALYSIS STATEMENT YOU WILL RECEIVE IN
FEBRUARY. TO VIEW ALL CHANGES, VISIT
REGIONS.COM/SPECIALMESSAGE. PLEASE
CONTACT YOUR TREASURY MGMT. OFFICER WITH
QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



# Your Statement

David Lanxner
Maison Drake
155 National Place, Ste 105
Longwood, FL, 32750

Statement period: 12/01/2023 - 12/31/2023
Opening Ledger Balance: $13,400.11
Closing Ledger Balance: $2,312.78

| Settlement Date | Transaction Date | Card | Transaction | *Amount -/+ | Ledger Balance |
|---|---|---|---|---|---|
| Daily Balance 12/01 | | | | | $13,400.11 |
| | | | | | |
| 12/01/2023 | 11/30/2023 | David Lanxner | Jellycat, Inc, MN | -$126.94 | |
| Daily Balance 12/02 | | | | | $13,273.17 |
| | | | | | |
| 12/02/2023 | 12/01/2023 | David Lanxner | VOYANT, MN | -$50.00 | |
| 12/02/2023 | 12/01/2023 | David Lanxner | Jellycat, Inc, MN | -$140.24 | |
| Daily Balance 12/03 | | | | | $13,082.93 |
| | | | | | |
| No Transactions | | | | | |
| Daily Balance 12/04 | | | | | $13,082.93 |
| | | | | | |
| 12/04/2023 | 12/04/2023 | David Lanxner | AMZN Mktp US*IW4BC03Z3, WA | -$304.27 | |
| Daily Balance 12/05 | | | | | $12,778.66 |
| | | | | | |
| 12/05/2023 | 12/05/2023 | | LOAD - LIFEGREEN BUSINESS CHECKI | +$5,000.00 | |
| 12/05/2023 | 12/05/2023 | David Lanxner | INTERMEDIA.NET INC, WA | -$290.34 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | UPS*BILLING CENTER, GA | -$1,289.65 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$10.00 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$10.00 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | ULINE *SHIP SUPPLIES, WI | -$436.45 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | Jellycat, Inc, MN | -$144.64 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | SIMPLY SOUTHERN HOLDINGS,, NC | -$945.00 | |
| 12/05/2023 | 12/04/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$50.00 | |
| Daily Balance 12/06 | | | | | $13,352.58 |
| | | | | | |
| 12/06/2023 | 12/06/2023 | David Lanxner | SP RUBBER-ROAD-TRADE, WELWYN GARDEN, | -$700.96 | |
| 12/06/2023 | 12/06/2023 | | LOAD - LIFEGREEN BUSINESS CHECKI | +$5,000.00 | |
| 12/06/2023 | 12/06/2023 | David Lanxner | CANDY CLUB, CA | -$939.30 | |
| 12/06/2023 | 12/05/2023 | David Lanxner | ADOBE *ACROPRO SUBS, CA | -$19.99 | |
| 12/06/2023 | 12/05/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/06/2023 | 12/05/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |

| Date | Date | Name | Description | Amount | Balance |
|------|------|------|-------------|--------|---------|
| 12/06/2023 | 12/05/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/06/2023 | 12/05/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/06/2023 | 12/05/2023 | David Lanxner | USPS STAMPS ENDICIA, DC | -$250.00 | |
| 12/06/2023 | 12/04/2023 | David Lanxner | AMAZON.COM*BT7EO8Q73, SEATTLE, WA | -$74.54 | |
| 12/06/2023 | 11/30/2023 | David Lanxner | THULE INC, CT | -$602.60 | |
| **Daily Balance 12/07** | | | | | **$14,765.19** |
| | | | | | |
| 12/07/2023 | 12/06/2023 | David Lanxner | Jellycat, Inc, MN | -$4,916.22 | |
| **Daily Balance 12/08** | | | | | **$9,848.97** |
| | | | | | |
| 12/08/2023 | 12/07/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$50.00 | |
| 12/08/2023 | 12/07/2023 | David Lanxner | THE HOME DEPOT #0262, CASSELBERRY, FL | -$106.98 | |
| 12/08/2023 | 12/07/2023 | David Lanxner | THE HOME DEPOT 262, CASSELBERRY, FL | -$88.08 | |
| 12/08/2023 | 12/01/2023 | David Lanxner | TONIES USA, CA | -$2,771.56 | |
| **Daily Balance 12/09** | | | | | **$6,832.35** |
| | | | | | |
| 12/09/2023 | 12/08/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$50.00 | |
| 12/09/2023 | 12/05/2023 | David Lanxner | TONIES USA, CA | -$2,132.88 | |
| 12/09/2023 | 12/05/2023 | David Lanxner | TONIES USA, CA | -$2,954.00 | |
| **Daily Balance 12/10** | | | | | **$1,695.47** |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/11** | | | | | **$1,695.47** |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/12** | | | | | **$1,695.47** |
| | | | | | |
| 12/12/2023 | 12/12/2023 | David Lanxner | PURA SCENTS,4001-888, CA | -$369.60 | |
| 12/12/2023 | 12/11/2023 | David Lanxner | THE HOME DEPOT #0262, CASSELBERRY, FL | -$26.73 | |
| **Daily Balance 12/13** | | | | | **$1,299.14** |
| | | | | | |
| 12/13/2023 | 12/13/2023 | David Lanxner | KEEPA PRICE TRACKER, KEMNATH, | -$21.20 | |
| 12/13/2023 | 12/13/2023 | David Lanxner | GREAT PRETENRA38753, CA | -$625.50 | |
| **Daily Balance 12/14** | | | | | **$652.44** |
| | | | | | |
| 12/14/2023 | 12/14/2023 | | Starter - 12/14/2023 - 01, | -$29.00 | |
| 12/14/2023 | 12/13/2023 | David Lanxner | Jellycat, Inc, MN | -$281.36 | |
| 12/14/2023 | 12/13/2023 | David Lanxner | Jellycat, Inc, MN | -$219.18 | |
| **Daily Balance 12/15** | | | | | **$122.90** |
| | | | | | |
| 12/15/2023 | 12/14/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$50.00 | |
| **Daily Balance 12/16** | | | | | **$72.90** |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/17** | | | | | **$72.90** |
| | | | | | |
| No Transactions | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Daily Balance 12/18** | | | | | $72.90 |
| | | | | | |
| 12/18/2023 | 12/18/2023 | David Lanxner | STAMPS.COM, TX | -$39.99 | |
| **Daily Balance 12/19** | | | | | $32.91 |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/20** | | | | | $32.91 |
| | | | | | |
| 12/20/2023 | 12/19/2023 | David Lanxner | STAMPS.COM *USPOSTAGE, TX | -$25.00 | |
| **Daily Balance 12/21** | | | | | $7.91 |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/22** | | | | | $7.91 |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/23** | | | | | $7.91 |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/24** | | | | | $7.91 |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/25** | | | | | $7.91 |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/26** | | | | | $7.91 |
| | | | | | |
| No Transactions | | | | | |
| **Daily Balance 12/27** | | | | | $7.91 |
| | | | | | |
| 12/27/2023 | 12/27/2023 | | LOAD - LIFEGREEN BUSINESS CHECKI | +$7,500.00 | |
| **Daily Balance 12/28** | | | | | $7,507.91 |
| | | | | | |
| 12/29/2023 | 12/29/2023 | David Lanxner | SP CUSTOM BAKEHOUSE WH, CA | +$689.24 | |
| 12/28/2023 | 12/28/2023 | David Lanxner | SHOPIFY* 208566846, IL | -$124.00 | |
| 12/28/2023 | 12/27/2023 | David Lanxner | Amazon-Marketplace, SAO PAULO, | -$321.23 | |
| 12/28/2023 | 12/27/2023 | David Lanxner | IN *CRAYON ROCKS LLC, KY | -$2,818.57 | |
| **Daily Balance 12/29** | | | | | $4,933.35 |
| | | | | | |
| 12/29/2023 | 12/29/2023 | David Lanxner | FAT BRAIN TOY CO, NE | -$75.66 | |
| 12/29/2023 | 12/29/2023 | David Lanxner | SP CUSTOM BAKEHOUSE WH, CA | +$689.24 | |
| 12/29/2023 | 12/29/2023 | David Lanxner | SP CUSTOM BAKEHOUSE WH, CA | -$689.24 | |
| 12/29/2023 | 12/28/2023 | David Lanxner | Amazon-Marketplace, SAO PAULO, | -$322.00 | |
| 12/29/2023 | 12/21/2023 | David Lanxner | TONIES USA, CA | -$7.91 | |
| **Daily Balance 12/30** | | | | | $4,527.78 |
| | | | | | |
| 12/30/2023 | 12/29/2023 | David Lanxner | IN *SNUGGLE SHIELD LLC, CA | -$765.00 | |
| 12/30/2023 | 12/29/2023 | David Lanxner | IN *SNUGGLE SHIELD LLC, CA | -$1,450.00 | |
| **Daily Balance 12/31** | | | | | $2,312.78 |

No Transactions

| | |
|---|---|
| **Daily Balance 01/01** | **$2,312.78** |

| | |
|---|---|
| **Daily Balance 01/01** | **$2,312.78** |

*Amount Debit - / Credit +

Statement period: 12/01/2023 - 12/31/2023

| Opening Ledger Balance | Total Debit | Total Credit | = Closing Ledger Balance |
|---|---|---|---|
| $13,400.11 | -$29,965.81 | +$18,878.48 | = $2,312.78 |

Banking services provided by The Bancorp Bank N.A., Member FDIC. This Card is issued by The Bancorp Bank, N.A. pursuant to a license by Visa U.S.A Inc. and may be used everywhere Visa debit cards are accepted.

Bento For Business
PO Box 10929
Chicago, IL 60610

# Maison Drake

## Profit and Loss

### December 2023

|  | TOTAL |
|---|---|
| Income |  |
|   Sales | 178,227.39 |
|   Sales of Product Income | 41.85 |
|   Shipping and Delivery Income | 10,680.98 |
| **Total Income** | **$188,950.22** |
| Cost of Goods Sold |  |
|   Contract Labor | 926.25 |
|   Cost of Goods Sold | 36,028.24 |
|   Postage and Delivery | 10,084.99 |
|     Shipping Fees | 49,357.14 |
|     Shipping Supplies | 2,314.30 |
|   **Total Postage and Delivery** | **61,756.43** |
| **Total Cost of Goods Sold** | **$98,710.92** |
| **GROSS PROFIT** | **$90,239.30** |
| Expenses |  |
|   Advertising and Promotion | 551.25 |
|   AMZN FBA fees | 13,596.05 |
|   AMZN Other Fees | 45,872.61 |
|   Bank Service Charges | 159.00 |
|   Insurance Expense | 3,928.42 |
|   Office Supplies | 489.55 |
|   Payroll Expenses | 14,121.10 |
|   Professional Fees |  |
|     Legal Fees | 2,000.00 |
|   **Total Professional Fees** | **2,000.00** |
|   Refunds | 9,982.41 |
|   Rent Expense | 15,264.59 |
|   Repairs and Maintenance | 26.73 |
|   Shipping Fees | 1,289.65 |
|   Utilities | 1,632.10 |
| **Total Expenses** | **$108,913.46** |
| **NET OPERATING INCOME** | **$ -18,674.16** |
| Other Income | $13,179.38 |
| **NET OTHER INCOME** | **$13,179.38** |
| **NET INCOME** | **$ -5,494.78** |

Doc ID: 433a248f22732d97ad064ec1972140d1017d20b3