**Fill in this information to identify the case:**

Debtor Name: Maison Drake, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:23-bk-03825-LVV

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: January 2024

Date report filed: 02/28/2024 (MM / DD / YYYY)

Line of business: Online Sales

NAISC code: ____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Maison Drake, LLC

Original signature of responsible party: *David Lanxner*

Printed name of responsible party: David Lanxner

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |



Doc ID: 7d0166779494d6054a432b8137ac3f845ded5872

Debtor Name Maison Drake, LLC Case number 6:23-bk-03825-LVV

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 48,338.41

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 142,739.37

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 148,109.79

22. **Net cash flow** + $ -5,370.42

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** = $ 42,967.99

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*



Doc ID: 7d0166779494d6054a432b8137ac3f845ded5872

Debtor Name Maison Drake, LLC Case number 6:23-bk-03825-LVV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 5
27. What is the number of employees as of the date of this monthly report? 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 2,000.00
31. How much have you paid in total other professional fees since filing the case? $ 2,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 187,171.00 | – | $ 142,739.37 | = | $ 44,431.63 |
| 33. **Cash disbursements** | $ 194,436.00 | – | $ 148,109.79 | = | $ 46,326.21 |
| 34. **Net cash flow** | $ -7,265.00 | – | $ -5,370.42 | = | $ -1,894.58 |

35. Total projected cash receipts for the next month: $ 210,600.00
36. Total projected cash disbursements for the next month: - $ 229,713.00
37. Total projected net cash flow for the next month: = $ -19,113.00



Doc ID: 7d0166779494d6054a432b8137ac3f845ded5872

Debtor Name Maison Drake, LLC Case number 6:23-bk-03825-LVV

## 8. Additional Information

**If available, check the box to the left and attach copies of the following documents.**

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

Doc ID: 7d0166779494d6054a432b8137ae3f845ded5872

# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** January 1, 2024 **AND ENDING** January 31, 2024

Name of Debtor: Maison Drake Case Number: 6:23-bk-03825-LVV
Date of Petition: September 15, 2023

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1 FUNDS AT BEGINNING OF PERIOD** | $48,338.41 (a) | $28,620.14 (b) |
| **2 RECEIPTS:** | | |
| **A.** Cash Sales | $141,643.04 | $593,467.80 |
| Minus: Cash Refunds (-) | $12,082.67 | $31,403.07 |
| Net Cash Sales | $129,560.37 | $562,064.73 |
| **B.** Accounts Receivable | | |
| **C.** Other Receipts (See MOR-3) (If you receive rental income, you must attach a rent roll | $13,179.00 | $178,878.64 |
| **3 TOTAL RECEIPTS** (Lines 2A+2B+2C) | $142,739.37 | $740,943.37 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS** (Line 1+ Line 3) | $191,077.78 | $769,563.51 |
| **5 DISBURSEMENTS** | | |
| A. Advertising | $471.25 | $20,615.53 |
| B. Bank Charges | $171.67 | $1,735.10 |
| C. Contract Labor | | $2,126.25 |
| D. Fixed Asset Payment (not incl. in "N") | | |
| E. Insurance | $2,134.05 | $18,124.77 |
| F. Inventory Payments | $26,478.49 | $254,936.44 |
| G. Lease | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | $87.92 | $1,600.02 |
| J. Payroll-Net | $21,307.62 | $77,588.73 |
| K. Professional Fees (Accounting & Legal) | | $3,845.00 |
| L. Rent | $15,264.59 | $47,831.29 |
| M. Repairs & Maintenance | $953.85 | $3,155.66 |
| N. Secured Creditor Payments | | $7,000.00 |
| O. Taxes Paid-Payroll | | |
| P. Taxes Paid - Sales & Use | | $2,498.02 |
| Q. Taxes Paid -Other | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | $2,000.00 |
| U. Utilities | $1,736.43 | $11,457.94 |
| V. Vehicle Expenses | $2,033.30 | $2,033.30 |
| W. Other Operating Expenses (See MOR-2) | $77,470.62 | $270,047.47 |
| **6 TOTAL DISBURSEMENTS (sum of 5A thru W)** | $148,109.79 | $726,595.52 |
| **7 ENDING BALANCE (Line 4 Minus Line 6)** | $42,967.99 (c ) | $42,967.99 (c ) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the bes my knowledge and belief.**

This 28 day of January ,2024 David Lanxner
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This Figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c ) These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-3, Line 2C.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Prepay of Fulfillment Fees Maison Baby | | $ 60,000.00 |
| Prepay of Fulfillment Fees Eleven Twenty | | $ 10,000.00 |
| Rent Income | $ 13,179.00 | $ 49,981.34 |
| Security Deposit | | $ 12,000.00 |
| Owner's Contribution to cover expenses due to hold | | $ 11,500.00 |
| Maison Baby Inventory Purchase | | $ 25,000.00 |
| Owner's Contribution to cover Payroll due to hold | | $ 9,017.81 |
| First Horizon reversal of bank fees | | $ 1,379.49 |
| TOTAL OTHER RECEIPTS | $ 13,179.00 | $178,878.64 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Shipping Fees | $43,119.90 | |
| Amazon Fees and Commissions | $12,448.16 | |
| Amazon FBA Fees | $18,588.08 | |
| Computer and Software | $3,314.48 | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $77,470.62 | $0.00 |



Doc ID: 7d0166779494d6054a432b8137ac3f845ded5872

REGIONS

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** [redacted]5196

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 6 |

## LIFEGREEN BUSINESS CHECKING

December 30, 2023 through January 31, 2024

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$46,025.63** | | Minimum Balance | $10,929 |
| Deposits & Credits | $125,831.13 | + | Average Balance | $26,078 |
| Withdrawals | $131,600.77 | - | | |
| Fees | $142.67 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | - | | |
| **Ending Balance** | **$40,113.32** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/02 | Amazon Phipwdqfh Payments Maison Drake 1o1vbi7sgww45bj | 13.05 |
| 01/08 | Amazon.Com.CA IN Intl Pymnt Maison Drake 11850nl0000jgd | 108.47 |
| 01/09 | Maisonbabyllc Entry Fulfillment Mb | 8,187.14 |
| 01/09 | Eleventwentyllc Entry Fulfillment | 11,571.12 |
| 01/10 | Amazon.Cyc6x0fbf Payments Maison Drake 6tfxtg89pu2p3y1 | 17,434.74 |
| 01/12 | Amazon.C9tpsvzcy Payments Maison Drake 2p98sgyalkn9h3q | 56.14 |
| 01/17 | Maisonbabyllc Entry Mbk 1-15 | 3,681.75 |
| 01/17 | Eleventwentyllc Entry 1120 1-15 | 7,495.37 |
| 01/18 | Deposit - Thank You | 13,179.00 |
| 01/22 | Zelle Credit From Unity Design Ref# 402000k04qxh | 13,179.00 |
| 01/22 | Amazon.Com.CA IN Intl Pymnt Maison Drake 118j0il0003jgd | 63.78 |
| 01/23 | Maisonbabyllc Entry MD Inventory | 13,990.32 |
| 01/24 | Amazon.Cpuk77xr0 Payments Maison Drake 4ag5lmgp5z3ilkf | 19,196.98 |
| 01/26 | Mobile Deposit-Avail Tonight | 2,075.00 |
| 01/26 | Amazon.Crwum2vhw Payments Maison Drake 6aixkw3r0elysu6 | 140.42 |
| 01/31 | Maisonbabyllc Entry Mbk 1-30 | 5,546.57 |
| 01/31 | Eleventwentyllc Entry 1120 1-30 | 9,912.28 |
| | Total Deposits & Credits | $125,831.13 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/02 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/02 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/02 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/02 | Card Purchase Stamps.Com *Us 4215 855-608-2677 TX 78731 2899 | 50.00 |
| 01/02 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/02 | Zelle Debit to Happy Kidz L Ref# 400200o00mer | 520.98 |

REGIONS
Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** [redacted]5196

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 6 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/03 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/04 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/04 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/04 | Floral Elixir CO Sale Maison Drake | 1,312.00 |
| 01/05 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/05 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/05 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/05 | ADP Pay-By-Pay Pay-By-Pay Maison Drake M 704096483865khk | 68.60 |
| 01/05 | ADP - Tax ADP - Tax Maison Drake 729090940855a00 | 4,715.09 |
| 01/05 | Bento Technologi Bento Tech Maison Drake I5lx2xx8e | 5,000.00 |
| 01/05 | ADP Wage Pay Wage Pay Maison Drake M 704096483864khk | 12,488.13 |
| 01/05 | Zelle Debit to Jm Cleaning Ref# 400500m00vbx | 560.00 |
| 01/08 | Card Purchase The Home Depot 5200 Casselberry FL 32707 2899 | 267.30 |
| 01/08 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/08 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/08 | Card Purchase The Home Depot 5200 Casselberry FL 32707 2899 | 53.48 |
| 01/08 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/08 | Card Purchase State Farm Ins 6300 800-956-6310 IL 61710 2899 | 1,351.45 |
| 01/08 | Card Purchase Lowes #02652* 5200 Fern Park FL 32730 2899 | 7.88 |
| 01/09 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/09 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/09 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/09 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/09 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/09 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/09 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 398.47 |
| 01/09 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 424.99 |
| 01/09 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 1,044.97 |
| 01/09 | Sellercloud Purchase Maison Drake | 2,722.63 |
| 01/09 | U. P. S. UPS Bill Maison Drake 24008*095854491 | 8,579.66 |
| 01/10 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/10 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/10 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/10 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 537.98 |
| 01/10 | Card Purchase Uship.Com 4214 Httpswww.Ushi TX 78704 2899 | 606.65 |
| 01/10 | United Healthcar Edi Paymts 0007maison Dra 108674807496 | 782.60 |
| 01/11 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/11 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/11 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 216.98 |
| 01/11 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/12 | Maison Drake LLC Rent Maison Drake L | 15,264.59 |
| 01/12 | Card Purchase Stamps.Com *Us 4215 855-608-2677 TX 78731 2899 | 50.00 |
| 01/12 | Card Purchase Stamps.Com *Us 4215 855-608-2677 TX 78731 2899 | 50.00 |
| 01/12 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/12 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |

REGIONS
Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** [redacted]5196

092

| | |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 6 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 01/12 | Card Purchase Schylling Inc 5099 800-541-2929 MA 01845 2899 | 1,016.00 |
| 01/12 | Card Purchase Schylling Inc 5099 800-541-2929 MA 01845 2899 | 1,260.00 |
| 01/12 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/12 | Card Purchase Sq *Baby Jack A 7399 Gosq.Com WI 53130 2899 | 2,710.00 |
| 01/12 | ADP Payroll Fees ADP Fees 650401595maiso 787092742391 | 94.25 |
| 01/12 | Zelle Debit to Happy Kidz L Ref# 401200m0bovz | 207.45 |
| 01/16 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/16 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/16 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/17 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 371.97 |
| 01/17 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/18 | Card Purchase Stamps.Com *Us 4215 855-608-2677 TX 78731 2899 | 50.00 |
| 01/18 | Card Purchase Vzwrlss*bill PA 4814 800-9220204 CA 95630 2899 | 567.84 |
| 01/18 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/18 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/18 | Ds Waters of Ame Msinvoice Maison Drake 21195805 | 27.29 |
| 01/19 | Recurring Card Transaction Stamps.Com 5045 855-608-2677 TX 78731 2899 | 39.99 |
| 01/19 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/19 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/19 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/19 | ADP Pay-By-Pay Pay-By-Pay Maison Drake M 584067330889khk | 66.79 |
| 01/19 | Spectrum Spectrum Fnu Lnu 1488564 | 423.90 |
| 01/19 | ADP - Tax ADP - Tax Maison Drake 929332038082a00 | 626.16 |
| 01/19 | Sccu Payment Maison Drake 000001600191071 | 1,016.65 |
| 01/19 | Sccu Payment Maison Drake 000001600192735 | 1,016.65 |
| 01/19 | ADP Wage Pay Wage Pay Maison Drake M 584067330888khk | 3,091.61 |
| 01/22 | Returned Deposit Item # of Itm(S) 0001 | 13,179.00 |
| 01/22 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/22 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/22 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 376.98 |
| 01/22 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/22 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/22 | Zelle Debit to Jm Cleaning Ref# 401900i099hp | 280.00 |
| 01/22 | Intuit * Qbooks Onl Maison Drake 2028054 | 90.00 |
| 01/22 | Wire Transfer Bento | 10,000.00 |
| 01/23 | Card Purchase Premier Kites A 5099 301-277-3888 MD 20781 2899 | 271.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 10.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |

REGIONS

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** [redacted]5196

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 6 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/23 | U. P. S. UPS Bill Maison Drake 24022*095908011 | 8,579.67 |
| 01/24 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/24 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/25 | Card Purchase Stamps.Com *Us 4215 855-608-2677 TX 78731 2899 | 50.00 |
| 01/25 | Recurring Card Transaction Endicia 5045 800-576-3279 TX 78731 2899 | 19.99 |
| 01/25 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/25 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/25 | Card Purchase Schylling Inc 5099 800-541-2929 MA 01845 2899 | 270.00 |
| 01/25 | Bento Technologi Bento Tech Maison Drake le2m66zl5 | 5,000.00 |
| 01/26 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/26 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/26 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/26 | Card Purchase Winn-Dixie #2 5411 Longwood FL 32750 2899 | 41.71 |
| 01/26 | ADP Payroll Fees ADP Fees 651773362maiso 926731315095 | 64.95 |
| 01/26 | ADP Payroll Fees ADP Fees 651559261maiso 926731315096 | 92.04 |
| 01/29 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/29 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/29 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/29 | Recurring Card Transaction Amazon Prime*r0 5968 Amzn.Com/Bill WA 98109 2899 | 15.11 |
| 01/29 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 10.00 |
| 01/29 | Waste Connection Web_pay David Lanxner 79332227012624 | 361.06 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/30 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/31 | Card Purchase Stamps.Com *Us 4215 855-608-2677 TX 78731 2899 | 25.00 |
| 01/31 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/31 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/31 | Card Purchase USPS Stamps End 9402 888-434-0055 DC 20260 2899 | 250.00 |
| 01/31 | Card Purchase Clek Inc 5999 866-656-2462 On 2899 | 199.99 |
| 01/31 | Card Purchase Winn-Dixie #2 5411 Longwood FL 32750 2899 | 3.29 |
| | Total Withdrawals | $131,600.77 |

## FEES

| | | |
|---|---|---|
| 01/09 | International Service Assessment Clek Inc | 11.95 |
| 01/09 | International Service Assessment Clek Inc | 12.75 |
| 01/09 | International Service Assessment Clek Inc | 31.35 |
| 01/09 | Analysis Charge 12-23 | 25.50 |
| 01/10 | International Service Assessment Clek Inc | 16.14 |
| 01/11 | International Service Assessment Clek Inc | 6.51 |
| 01/17 | International Service Assessment Clek Inc | 11.16 |
| 01/22 | International Service Assessment Clek Inc | 11.31 |
| 01/31 | International Service Assessment Clek Inc | 6.00 |

Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

MAISON DRAKE LLC
DEBTOR IN POSSESSION
CASE NUMBER 6:23-BK-03825-LVV
155 NATIONAL PL UNIT 105
LONGWOOD FL 32750-6432

**ACCOUNT #** [redacted]5196

092

| | |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 6 |

## FEES (CONTINUED)

| | | |
|---|---|---|
| 01/31 | Excessive Withdrawal\Item Fee | 10.00 |
| | Total Fees | $142.67 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02 | 44,467.70 | 01/11 | 33,026.11 | 01/23 | 14,661.21 |
| 01/03 | 41,967.70 | 01/12 | 11,679.96 | 01/24 | 33,358.19 |
| 01/04 | 40,155.70 | 01/16 | 10,929.96 | 01/25 | 27,518.20 |
| 01/05 | 16,573.88 | 01/17 | 18,723.95 | 01/26 | 28,784.92 |
| 01/08 | 14,252.24 | 01/18 | 30,757.82 | 01/29 | 27,648.75 |
| 01/09 | 19,258.23 | 01/19 | 23,726.07 | 01/30 | 25,648.75 |
| 01/10 | 33,999.60 | 01/22 | 12,031.56 | 01/31 | 40,113.32 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

bento for business

# Your Statement

David Lanxner
Maison Drake
155 National Place, Ste 105
Longwood, FL, 32750

Statement period: 01/01/2024 - 01/31/2024
Opening Ledger Balance: $2,312.78
Closing Ledger Balance: $2,854.67

| Settlement Date | Transaction Date | Card | Transaction | *Amount -/+ | Ledger Balance |
|---|---|---|---|---|---|
| **Daily Balance 01/01** | | | | | **$2,312.78** |
| No Transactions | | | | | |
| **Daily Balance 01/02** | | | | | **$2,312.78** |
| 01/02/2024 | 01/02/2024 | David Lanxner | SP BABY SWEETOOTH, WI | -$573.14 | |
| **Daily Balance 01/03** | | | | | **$1,739.64** |
| No Transactions | | | | | |
| **Daily Balance 01/04** | | | | | **$1,739.64** |
| 01/04/2024 | 01/03/2024 | David Lanxner | INTERMEDIA.NET INC, WA | -$336.35 | |
| 01/04/2024 | 01/03/2024 | David Lanxner | CAT DANCER PRODUCTS, NEENAH, WI | -$660.96 | |
| **Daily Balance 01/05** | | | | | **$742.33** |
| 01/06/2024 | 01/05/2024 | David Lanxner | FAT BRAIN TOY CO, NE | -$310.39 | |
| 01/05/2024 | 01/05/2024 | | LOAD - LIFEGREEN BUSINESS CHECKI | +$5,000.00 | |
| 01/05/2024 | 01/05/2024 | David Lanxner | ADOBE *ACROPRO SUBS, CA | -$19.99 | |
| **Daily Balance 01/06** | | | | | **$5,411.95** |
| No Transactions | | | | | |
| **Daily Balance 01/07** | | | | | **$5,411.95** |
| No Transactions | | | | | |
| **Daily Balance 01/08** | | | | | **$5,411.95** |
| 01/08/2024 | 01/08/2024 | David Lanxner | AMZN Mktp US*RT0702A30, WA | -$299.30 | |
| 01/08/2024 | 01/08/2024 | David Lanxner | AMZN Mktp US*TK5KN0541, WA | -$149.78 | |
| 01/08/2024 | 01/07/2024 | David Lanxner | LOWES #01598*, ORLANDO, FL | -$105.97 | |
| **Daily Balance 01/09** | | | | | **$4,856.90** |
| No Transactions | | | | | |
| **Daily Balance 01/10** | | | | | **$4,856.90** |
| 01/11/2024 | 01/10/2024 | David Lanxner | AMZN Mktp US*RT7U78680, WA | -$53.51 | |
| **Daily Balance 01/11** | | | | | **$4,803.39** |

| | | | | | |
|---|---|---|---|---|---|
| 01/11/2024 | 01/10/2024 | David Lanxner | AMZN Mktp US*RT1865C31, WA | -$27.81 | |
| 01/11/2024 | 01/10/2024 | David Lanxner | AMZN Mktp US*RT4518K80, WA | -$598.60 | |
| 01/11/2024 | 01/10/2024 | David Lanxner | AMZN Mktp US*RT6LK1S10, WA | -$80.87 | |
| **Daily Balance 01/12** | | | | | **$4,096.11** |
| 01/12/2024 | 01/11/2024 | David Lanxner | HOME COMFORT / JELLYBEAN, GA | -$102.08 | |
| **Daily Balance 01/13** | | | | | **$3,994.03** |
| 01/13/2024 | 01/13/2024 | David Lanxner | KEEPA PRICE TRACKER, KEMNATH, | -$21.51 | |
| **Daily Balance 01/14** | | | | | **$3,972.52** |
| 01/14/2024 | 01/14/2024 | | Starter - 01/14/2024 - 02, | -$29.00 | |
| 01/14/2024 | 01/12/2024 | David Lanxner | JELLYBEAN, GA | -$914.56 | |
| **Daily Balance 01/15** | | | | | **$3,028.96** |
| 01/15/2024 | 01/15/2024 | David Lanxner | SHOPIFY* 212786688, IL | -$124.00 | |
| **Daily Balance 01/16** | | | | | **$2,904.96** |
| No Transactions | | | | | |
| **Daily Balance 01/17** | | | | | **$2,904.96** |
| No Transactions | | | | | |
| **Daily Balance 01/18** | | | | | **$2,904.96** |
| No Transactions | | | | | |
| **Daily Balance 01/19** | | | | | **$2,904.96** |
| No Transactions | | | | | |
| **Daily Balance 01/20** | | | | | **$2,904.96** |
| 01/20/2024 | 01/20/2024 | David Lanxner | SP TEASPRESSAWHOLESA, AZ | -$360.00 | |
| **Daily Balance 01/21** | | | | | **$2,544.96** |
| 01/21/2024 | 01/21/2024 | David Lanxner | SP SHOPIFY - SOL SOI, MN | -$588.40 | |
| 01/21/2024 | 01/21/2024 | David Lanxner | SQ *BACKYARD SAFARI CO, GA | -$514.69 | |
| **Daily Balance 01/22** | | | | | **$1,441.87** |
| 01/22/2024 | 01/22/2024 | | LOAD - Wires | +$10,000.00 | |
| **Daily Balance 01/23** | | | | | **$11,441.87** |
| 01/23/2024 | 01/23/2024 | David Lanxner | LS GRENDENE, FL | -$2,585.10 | |
| 01/23/2024 | 01/22/2024 | David Lanxner | Amazon-Marketplace, SAO PAULO, | -$56.27 | |
| **Daily Balance 01/24** | | | | | **$8,800.50** |
| 01/24/2024 | 01/23/2024 | David Lanxner | AMZN Mktp US*R86NU4US1, WA | -$377.36 | |
| 01/24/2024 | 01/23/2024 | David Lanxner | AMZN Mktp US*R04T98QQ0, | -$118.74 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | WA | | |
| 01/24/2024 | 01/23/2024 | David Lanxner | IN *FOOT LOG, UT | -$589.32 | |
| 01/24/2024 | 01/23/2024 | David Lanxner | IN *MISSISSIPPI CHEESE ST, MS | -$2,056.00 | |
| **Daily Balance 01/25** | | | | | **$5,659.08** |
| 01/25/2024 | 01/25/2024 | | LOAD - LIFEGREEN BUSINESS CHECKI | +$5,000.00 | |
| 01/25/2024 | 01/24/2024 | David Lanxner | BEVIN BELLS, CT | -$2,570.06 | |
| 01/25/2024 | 01/24/2024 | David Lanxner | IN *FIRESIDE COFFEE CO., MI | -$464.10 | |
| **Daily Balance 01/26** | | | | | **$7,624.92** |
| 01/26/2024 | 01/25/2024 | David Lanxner | Jellycat, Inc, MN | -$380.39 | |
| **Daily Balance 01/27** | | | | | **$7,244.53** |
| 01/27/2024 | 01/26/2024 | David Lanxner | Jellycat, Inc, MN | -$167.50 | |
| **Daily Balance 01/28** | | | | | **$7,077.03** |
| No Transactions | | | | | |
| **Daily Balance 01/29** | | | | | **$7,077.03** |
| 01/29/2024 | 01/29/2024 | David Lanxner | PEARHEAD FAIRE, CA | -$280.32 | |
| 01/29/2024 | 01/29/2024 | David Lanxner | THE BABE CO FAIRE, CA | -$184.72 | |
| **Daily Balance 01/30** | | | | | **$6,611.99** |
| 01/30/2024 | 01/29/2024 | David Lanxner | IN *ACQUA DELL'ELBA USA C, NY | -$2,037.00 | |
| **Daily Balance 01/31** | | | | | **$4,574.99** |
| 01/31/2024 | 01/30/2024 | David Lanxner | WARMIES, IL | -$1,720.32 | |
| **Daily Balance 02/01** | | | | | **$2,854.67** |
| **Daily Balance 02/01** | | | | | **$2,854.67** |

*Amount Debit - / Credit +

**Statement period:** 01/01/2024 - 01/31/2024

| Opening Ledger Balance | Total Debit | Total Credit | = Closing Ledger Balance |
|---|---|---|---|
| $2,312.78 | -$19,458.11 | +$20,000.00 | = $2,854.67 |

Banking services provided by The Bancorp Bank N.A., Member FDIC. This Card is issued by The Bancorp Bank, N.A. pursuant to a license by Visa U.S.A Inc. and may be used everywhere Visa debit cards are accepted.

# Maison Drake

## Profit and Loss

January 2024

| | TOTAL |
|---|---|
| Income | |
| Sales | 81,258.49 |
| Sales of Product Income | 13,990.32 |
| Shipping Income | 46,394.23 |
| **Total Income** | **$141,643.04** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 25,985.41 |
| Postage and Delivery | 23,334.99 |
| Shipping Fees | 17,159.33 |
| Shipping Supplies | 2,625.58 |
| **Total Postage and Delivery** | **43,119.90** |
| **Total Cost of Goods Sold** | **$69,105.31** |
| GROSS PROFIT | **$72,537.73** |
| Expenses | |
| AMZN Advertising | 471.25 |
| AMZN FBA fees | 18,588.08 |
| Automobile Expense | 2,033.30 |
| Bank Service Charges | 171.67 |
| Commission of Sales | 12,448.16 |
| Computer and Internet Expenses | 3,314.48 |
| Insurance Expense | 2,134.05 |
| Office Supplies | 87.92 |
| Payroll Expenses | 21,307.62 |
| Refunds | 12,082.67 |
| Rent Expense | 15,264.59 |
| Repairs and Maintenance | 113.85 |
| Janitorial Expense | 840.00 |
| **Total Repairs and Maintenance** | **953.85** |
| Utilities | 1,380.09 |
| **Total Expenses** | **$90,237.73** |
| NET OPERATING INCOME | **$ -17,700.00** |
| Other Income | |
| Sublease Rent | 13,179.00 |
| **Total Other Income** | **$13,179.00** |
| NET OTHER INCOME | **$13,179.00** |
| NET INCOME | **$ -4,521.00** |