ORDERED.

**Dated:  March 22, 2024**

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Case No: 6:23-bk-03825-LVV** |
| | **Chapter 11** |
| **MAISON DRAKE, LLC,** | **Subchapter V** |
| | **EIN: 26-3366070** |
| **Debtor.** | |
| _____/ | |

**ORDER (1) CONFIRMING CHAPTER 11 PLAN**
**OF REORGANIZATION SUBMITTED BY MAISON DRAKE, LLC UNDER 1191(a) (2)**
**SETTING DEADLINES AND (3) SETTING POST STATUS CONFERENCE HEARING**

THIS CASE came before the Court on March 12, 2024, at 10:00 a.m., for hearing on the

First Amended Plan of Reorganization Submitted by Maison Drake, LLC, dated March 9, 2024

(Doc. No. 87, the "Plan").  The Court finds that the Plan was transmitted to all creditors and interest

holders, who were given timely notice thereof and of the confirmation hearing, and the Court

further finds that the Solicitation Package (Doc. No. 67) was timely and properly served on all

creditors and parties in interest.  Upon the evidence presented at the hearing, and for the reasons

stated orally and recorded in open court, the Court finds that the requirements of confirmation as

set forth in 11 U.S.C. § 1191(a) are satisfied.

1

Accordingly, it is **ORDERED:**

1. The First Amended Plan of Reorganization Submitted by Maison Drake, LLC (Doc. No. 87) is **CONFIRMED** pursuant to 11 U.S.C. § 1191(a).

2. The Debtor is granted a discharge under section 1141(d)(1)(A).

3. The Debtor is authorized to execute all agreements and take all necessary actions to implement the Plan.

4. **Deadline to Object to Claims.** Objections to claims shall be filed within sixty (60) days from the date of this Order.

5. Pursuant to the Plan and in accordance with 11 U.S.C. § 1146(c), the issuance, transfer or exchange of securities pursuant to the Plan, or the transfer of, or creation of any lien on, any property of the Debtor pursuant to this Plan or pursuant to an Order of the Court, shall not be taxed under any law imposing a stamp tax, transfer tax, recordation tax, or similar tax.

6. **Deadline to File Motion for Final Decreed/Substantial Consummation.** The Debtor shall file a Certificate of Substantial Consummation and a Motion for Final Decree within fourteen (14) days after the Plan is substantially consummated.

7. If this case remains open more than ninety (90) days after confirmation, the Debtor shall file a report stating: (1) a statement of distribution by class, name of creditor, date of distribution, and amount paid; (2) a statement of transfer of property; and (3) a statement of affirmation that the Debtor has substantially complied with the provisions of the confirmed Plan.

8. The Debtor shall file with the Bankruptcy Court a financial report or statement of disbursements for each quarter (or portion thereof) that this chapter 11 case remains open, in a format prescribed by the United States Trustee. These reports shall also include any disbursements made from the sale or refinance of any real property. The Debtor shall also attach to the quarterly

report copies of all refinancing and/or sale closing documents for any property sold during the applicable period.

9.      Upon the Debtor's filing of the Notice of Substantial Consummation, the Sub V Trustee shall file his final report and request for discharge from further trustee duties in accordance with Sec 1183(c). The parties anticipate that the entry of the final decree will serve to discharge the trustee, cancel the bond, and close the estate.

10.      The Court retains jurisdiction for any and all matters that may come before the Court in the administration of the First Amended Plan of Reorganization and pursuant to the Order of Confirmation, specifically including but not limited to, the jurisdiction to determine all objections to claims; to fix and award all compensation to parties; to hear and determine all questions concerning the assets or property of the Debtor, including any questions relating to any sums of money, services, or property due to the Debtor; and to determine all matters of any nature or type necessary or appropriate to carry out the Plan.

11.      A schedule of payments to be made pursuant to the Plan is attached hereto as Exhibit A.

12.      **Notice of Effective Date.**  The Debtor shall file with the Court and serve on all creditors and interested parties notice of the Effective Date of the Plan within three (3) days of the occurrence of the Effective Date

13.      A status conference in this case is scheduled for May 29, 2024, at 2:45 p.m. in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, if the case is still pending.

# # #

Attorney for Debtor, Jeffrey S. Ainsworth, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

|  | SUB V | | | BRANSONLAW ATTY | | | AMAZON CLASS 1 | | | GENERAL UNSECURED CLASS 2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXHIBIT "A"** | | | | | | | | | | | | | | | |
| **MAISON DRAKE LLC** **Case No:6:23-bk-03825-LVV** | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| 1 | Final App to be Filed | 1 | at | Final App to be Filed | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 2 | | | | | | | 8,169.87 | | | | | | | | |
| 3 | | | | | | | 8,169.87 | 2 | at | | | | | | |
| 4 | | | | | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 5 | | | | | | | 8,169.87 | | | | | | | | |
| 6 | | | | | | | 8,169.87 | 2 | at | | | | | | |
| 7 | | | | | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 8 | | | | | | | 8,169.87 | | | | | | | | |
| 9 | | | | | | | 8,169.87 | 2 | at | | | | | | |
| 10 | | | | | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 11 | | | | | | | 8,169.87 | | | | | | | | |
| 12 | | | | | | | 8,169.87 | 2 | at | | | | | | |
| 13 | | | | | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 14 | | | | | | | 8,169.87 | | | | | | | | |
| 15 | | | | | | | 8,169.87 | 2 | at | | | | | | |
| 16 | | | | | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 17 | | | | | | | 8,169.87 | | | | | | | | |
| 18 | | | | | | | 8,169.87 | 2 | at | | | | | | |
| 19 | | | | | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 20 | | | | | | | 8,169.87 | | | | | | | | |
| 21 | | | | | | | 8,169.87 | 2 | at | | | | | | |
| 22 | | | | | | | 8,169.87 | 1 | at | 3,500.00 | | | | | |
| 23 | | | | | | | 8,169.87 | | | | | | | | |
| 24 | | | | | 24 | at | 8,169.87 | 2 | at | | | | | | |
| 25 | | | | | | | | 1 | at | 3,500.00 | | | | | |
| 26 | | | | | | | | | | | | | | | |
| 27 | | | | | | | | 2 | at | | | | | | |
| 28 | | | | | | | | 1 | at | 3,500.00 | | | | | |
| 29 | | | | | | | | | | | | | | | |
| 30 | | | | | | | | 2 | at | | | | | | |
| 31 | | | | | | | | 1 | at | 3,500.00 | | | | | |
| 32 | | | | | | | | | | | | | | | |
| 33 | | | | | | | | 2 | at | | | | | | |
| 34 | | | | | | | | 1 | at | 3,500.00 | | | | | |
| 35 | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| | | | | | | | $196,076.88 | | | $42,000.00 | | | | | |
| | | | | | | | | | | $42,000.00 | | | | | |
| | | | | | | | | | | | | | SURVIVES PLAN | | |