**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Case No.: 6:23−bk−03825−LVV** |
| | **Chapter 11** |
| **MAISON DRAKE, LLC** | **Subchapter V** |
| Debtor. | |
| _____/ | |

## PROOF OF SERVICE

A true and correct copy of the Order (1) Confirming Chapter 11 Plan of Reorganization submitted by Maison Drake, LLC Under 1191(a) (2) Setting Deadlines and (3) Setting Post Status Conference Hearing (Doc. No. 99) has been sent by U.S. Mail on this 02nd day of April, 2024, to: U.S. Trustee's Office, 400 W. Washington Street, Suite 1101, Orlando, FL  32801; Subchapter V trustee, L. Todd Budgen, Esquire, P.O. Box 520546, Longwood, FL 32752 Debtor: Maison Drake, LLC, 1529 Holts Grove Circle, Winter Park, FL 32789-5114; and to all creditors and interested parties.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-03825-LVV<br>Middle District of Florida<br>Orlando<br>Tue Apr  2 16:11:11 EDT 2024 | 8Fig, Inc.<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B<br>Suite 100<br>Plantation, FL 33324-4045 | Maison Drake, LLC<br>1529 Holts Grove Circle<br>Winter Park, FL 32789-5114 |
| Winter Park Town Center, Ltd.<br>c/o Ryan E. Davis, Esq.<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North<br>Second Floor<br>Winter Park, FL 32789-7408 | 8FIG, Inc.<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 | 8Fig<br>11801 Domain Blvd<br>3rd Floor<br>Austin, TX 78758-3430 |
| AFAR Investments LLC<br>13925 Cherry Dale Lane<br>Tampa, FL 33618-2139 | AIC Longwood, LLC<br>c/o The Bywater COmpnay<br>105 E. Robinson Street<br>Ste 200<br>Orlando, FL 32801-1622 | Amazon Capital Services, Inc<br>410 Terry Avenue N<br>Seattle, WA 98109-5210 |
| Amazon Capital Services, Inc.<br>c/o K&L Gates LLP<br>Attn:  Brian Peterson<br>925 4th Avenue Suite 2900<br>Seattle, WA 98104-1158 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Ashley Lanxner<br>1529 Holts Grove Circle<br>Winter Park, FL 32789-5114 | Bogg Bag<br>75 Broad St.<br>Carlstadt, NJ 07072-2006 | Braavo Bank, a division of First Citizens Co<br>Phillips Lytle LLP c/o Catherine Cervone<br>One Canalside, 125 Main Street<br>Buffalo, NY 14203 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Visa<br>PO Box 85619<br>Richmond, VA 23285-5619 | Citibank, N.A.<br>PO Box 653095<br>Dallas, TX 75265-3095 |
| David Lanxner<br>1529 Holts Grove Circle<br>Winter Park, FL 32789-5114 | David and Ashley Lanxner<br>1529 Holts Grove Circle<br>Winter Park, FL 32789-5114 | First Citizens Community Bk<br>15 S. Main Street<br>Mansfield, PA 16933-1590 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | MASS. Dept of Revenue  Attn: Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090 |
| Marcus<br>by Goldman Sachs<br>PO Box 45400<br>Salt Lake City, UT 84145-0400 | SellersFunding Corp<br>1290 Weston Road, Ste 306<br>Fort Lauderdale, FL 33326-1973 | SellersFunding Corp. as servicer for Fasanar<br>1290 Weston Road, Suite 306<br>Weston, FL 33326-1973 |
| Seminole County Tax Collector<br>Post Office Box 630<br>Sanford FL 32772-0630 | U.S. Small Business Admin.<br>7825 Baymeadows Way<br>Ste 100-B<br>Jacksonville, FL 32256-7543 | U.S. Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7543 |

| | | |
|---|---|---|
| Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158-3686 | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Jacob D Flentke<br>BransonLaw, PLLC<br>1501 East Concord Street<br>Orlando, FL 32803-5411 |
| Jacob D Flentke<br>Flentke Legal Consulting, PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | Jeffrey Ainsworth<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 |
| Mark Stiles<br>MASCPA<br>c/o MASCPA<br>148 Blake Road<br>Epping, NH 03042-3021 | Robert B Branson<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Amazon Capital Services, Inc. | (d)8Fig, Inc.<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 | (d)Winter Park Town Center, Ltd.<br>c/o Ryan E. Davis, Esq.<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 |

End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40